**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No.:** 4:15-cv-338 |
| | § | Judge Mazzant |
| **SETHI PETROLEUM, LLC and SAMEER P. SETHI,** | § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION OF RECEIVER FOR ORDER AUTHORIZING (I) LIQUIDATION OF FURNITURE, FIXTURES AND EQUIPMENT AT SETHI PETROLEUM, LLC'S TWO OFFICE LOCATIONS, (II) TERMINATION OF THE LEASES AT THOSE LOCATIONS, AND (III) PAYMENT OF FEES RELATED THERETO**

Upon consideration of the Receiver Marcus Helt's *Motion of Receiver for Order Authorizing (i) Liquidation of Furniture, Fixtures, and Equipment at Sethi Petroleum, LLC's Two Office Locations, (ii) Termination of the Leases at Those Locations, and (iii) Payment of Fees Related Thereto* (the "*Motion*"), any responses or objections to the Motion, and any replies in support of the Motion, this Court finds that (a) the relief requested in the Motion is in the best interests of the Receivership Estates[1] and all other parties; (b) notice of the Motion was good and sufficient under the particular circumstance and that no other or further notice need be given; and (c) based upon the record herein and after due deliberation it is hereby **ORDERED**:

1. The Motion is **GRANTED** in all respects.

---

[1] Unless otherwise noted, all defined terms set forth herein have the meanings assigned in the Motion.

2.     The Receiver is authorized to liquidate the FF&E and to engage any auctioneers and/or liquidators that the Receiver deems necessary to accomplish the liquidation of the FF&E and pay any associated fees/costs related thereto.

3.     The Receiver is authorized to terminate the Offices' leases and pay any associated costs related thereto.

**SO ORDERED.**

DATED: _____

_____
U.S. District Judge Amos L. Mazzant

Gardere01 - 6865439v.1