# EXHIBIT A

## Schedule of Receiver Receipts and Disbursements

| Receivership Estate | Date | Receipts During Reporting Period | Disbursements During Reporting Period | Cumulative Receipts | Cumulative Disbursements |
|---|---|---|---|---|---|
| Sethi Financial | 4/30/2015 | $50.00 | - | $50.00 | - |
| Sethi Petroleum | 5/14/2015 | $2,400.00 | - | $2,450.00 | - |
| Sethi Financial Group | 5/20/2015 | $122.10 | - | $2,572.10 | - |
| Marcus A. Helt, Receiver | 5/22/2015 | $97,354.45 | - | $99,926.55 | - |