# EXHIBIT C

**Sethi Petroleum Asset Inventory**

**EXHIBIT C**

Gardere01 - 6833742

# EXHIBIT C-1

## Asset Inventory of 1100 Campbell Rd., Ste. 220, Richardson, TX

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Reception | Decorative | Bear statue | N/A | N/A | 1 |
| Campbell | Reception | Furniture | Leather chair | N/A | N/A | 1 |
| Campbell | Reception | Furniture | Leather ottoman | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Wall Art | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Wall Art | N/A | N/A | 4 |
| Campbell | Reception | Decorative | Skin rug | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Skin rug | N/A | N/A | 1 |
| Campbell | Reception | Furniture | End table | N/A | N/A | 1 |
| Campbell | Reception | Furniture | Leather couch | N/A | N/A | 1 |
| Campbell | Reception | Furniture | End table | N/A | N/A | 1 |
| Campbell | Reception | Furniture | leather chair | N/A | N/A | 1 |
| Campbell | Reception | Furniture | leather chair | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Decorative saddle rack | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Decorative saddle | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Wall Art | N/A | N/A | 3 |
| Campbell | Reception | Decorative | Wall Sconces | N/A | N/A | 2 |
| Campbell | Reception | Decorative | Texas flag wall art | N/A | N/A | 1 |
| Campbell | Reception | Decorative | Stuffed pheasant | N/A | N/A | 1 |
| Campbell | Reception | Furniture | Receptionist desk | N/A | N/A | 1 |
| Campbell | Reception | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Reception | Electronics | Telephone | Linksys | 0210 | 1 |
| Campbell | Reception | Electronics | Computer monitor | Sony | 0126 | 1 |
| Campbell | Reception | Electronics | Computer | Gateway | 0109 | 1 |
| Campbell | Reception | Electronics | Keyboard | N/A | N/A | 1 |
| Campbell | Reception | Electronics | Ceiling mounted cameras | N/A | N/A | 6 |
| Campbell | Conference Room | Furniture | Long conference room table | N/A | N/A | 1 |
| Campbell | Conference Room | Furniture | Rolling chairs | N/A | N/A | 14 |
| Campbell | Conference Room | Electronics | Ceiling mounted screen projector | Epson | 0322 | 1 |
| Campbell | Conference Room | Electronics | Ceiling mounted retractable screen | N/A | N/A | 1 |
| Campbell | Server closet | Electronics | Receiver | N/A | N/A | 1 |
| Campbell | Server closet | Electronics | Keyboard | N/A | N/A | 1 |
| Campbell | Server closet | Electronics | Keyboard | N/A | N/A | 1 |
| Campbell | Server closet | Electronics | Personal computers | N/A | N/A | 3 |

EXHIBIT C-1 PAGE 1

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Server closet | Other | Air cleaning unit | N/A | N/A | 1 |
| Campbell | Server closet | Electronics | Rack mounted servers with monitor display | N/A | N/A | 1 |
| Campbell | Kitchen | Appliances | Refrigerator | N/A | N/A | 1 |
| Campbell | Kitchen | Small Appliances | Coffee pot | N/A | N/A | 1 |
| Campbell | Kitchen | Appliances | Dishwasher | N/A | N/A | 1 |
| Campbell | Kitchen | Other | Water dispenser | N/A | N/A | 1 |
| Campbell | Kitchen | Small Appliances | Microwave | N/A | N/A | 1 |
| Campbell | Kitchen | Furniture | Kitchen table | N/A | N/A | 1 |
| Campbell | Kitchen | Furniture | Kitchen table chairs | N/A | N/A | 4 |
| Campbell | Kitchen | Appliances | Water heater | N/A | N/A | 1 |
| Campbell | Kitchen | Other | Assorted dishes | N/A | N/A | 1 |
| Campbell | Kitchen | Misc. supplies | Bulletin board | N/A | N/A | 1 |
| Campbell | Kitchen | Decorative | Wall decoration | N/A | N/A | 1 |
| Campbell | Supply Room | Misc. supplies | White board | N/A | N/A | 1 |
| Campbell | Supply Room | Decorative | Wall Art | N/A | N/A | 1 |
| Campbell | Supply Room | Office Equipment | Copy machine | N/A | N/A | 1 |
| Campbell | Supply Room | Office Equipment | Paper shredder | N/A | N/A | 1 |
| Campbell | Supply Room | Misc. supplies | Printer supplies | N/A | N/A | 1 |
| Campbell | Supply Room | Furniture | Office Desk | N/A | N/A | 1 |
| Campbell | Office #01 | Decorative | Horseshoe/star wall hook | N/A | N/A | 1 |
| Campbell | Office #01 | Decorative | Decorative Wall mirror | N/A | N/A | 1 |
| Campbell | Office #01 | Decorative | Decorative Wall mirror | N/A | N/A | 1 |
| Campbell | Office #01 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #01 | Furniture | Small table | N/A | N/A | 1 |
| Campbell | Office #01 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #01 | Furniture | Office chairs | N/A | N/A | 3 |
| Campbell | Office #01 | Furniture | Office chair | N/A | N/A | 1 |
| Campbell | Office #01 | Electronics | Personal computer | E-Machines | 0127 | 1 |
| Campbell | Office #01 | Electronics | Computer monitor | E-Machines | 0122 | 1 |
| Campbell | Office #01 | Electronics | Telephone | Linksys | 0320 | 1 |
| Campbell | Office #01 | Other | Personal fan | N/A | N/A | 1 |
| Campbell | Office #01 | Misc. supplies | Assorted office supplies (no picture) | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Horseshoe/star wall hook | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Artificial plant | N/A | N/A | 1 |
| Campbell | Office #02 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Wall Art | N/A | N/A | 1 |

**EXHIBIT C-1** **PAGE 2**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Office #02 | Decorative | Decorative wall art - metal star | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Decorative wall art - small metal star | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Buffalo figurine | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Decorative star figurine | N/A | N/A | 1 |
| Campbell | Office #02 | Decorative | Decorative desk fountain | N/A | N/A | 1 |
| Campbell | Office #02 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #02 | Electronics | Personal computer | Lenovo | 0192 | 1 |
| Campbell | Office #02 | Electronics | Computer monitor | AOC | 0106 | 1 |
| Campbell | Office #02 | Electronics | Telephone | Linksys | 0214 | 1 |
| Campbell | Office #02 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Office #02 | Furniture | Office chair | N/A | N/A | 1 |
| Campbell | Office #02 | Furniture | Office chair | N/A | N/A | 1 |
| Campbell | Office #02 | Misc. supplies | Assorted office supplies (no picture) | N/A | N/A | 1 |
| Campbell | Office #02 | Electronics | Headset base | Plantronics | N/A | 1 |
| Campbell | Office #03 | Decorative | Wall painting | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Wall mounted hat rack | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Artificial plant | N/A | N/A | 1 |
| Campbell | Office #03 | Furniture | Office chairs | N/A | N/A | 2 |
| Campbell | Office #03 | Misc. supplies | File cabinet w/assorted knick knacks | N/A | N/A | 1 |
| Campbell | Office #03 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Wall painting | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Figurine | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Decorative sign | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Decorative sign | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Decorative star candleholder | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Decorative metal star | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Wall clock | N/A | N/A | 1 |
| Campbell | Office #03 | Decorative | Decorative cow skull | N/A | N/A | 1 |
| Campbell | Office #03 | Electronics | Personal computer | Hewlett Packard | 0244 | 1 |
| Campbell | Office #03 | Electronics | Computer monitor | E-Machines | 0218 | 1 |
| Campbell | Office #03 | Electronics | Telephone | Linksys | 0217 | 1 |
| Campbell | Office #04 | Decorative | Horseshoe/star wall hook | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Wall picture | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Decorative metal star | N/A | N/A | 1 |

**EXHIBIT C-1** **PAGE 3**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Office #04 | Decorative | Decorative wooden Texas flag | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Horse figurine | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Desk clock | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Indian on horse figurine | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Decorative metal star | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Decorative animal skull | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Decorative sign | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Decorative bookends | N/A | N/A | 1 |
| Campbell | Office #04 | Decorative | Wall clock | N/A | N/A | 1 |
| Campbell | Office #04 | Furniture | Office Desk | N/A | N/A | 1 |
| Campbell | Office #04 | Electronics | Personal computer | Lenovo | 0262 | 1 |
| Campbell | Office #04 | Electronics | Computer monitor | Dell | 0247 | 1 |
| Campbell | Office #04 | Electronics | Telephone | Linksys | 0219 | 1 |
| Campbell | Office #04 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Framed wall map | N/A | N/A | 1 |
| Campbell | Office #05 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #05 | Furniture | Black leather couch | N/A | N/A | 1 |
| Campbell | Office #05 | Appliances | Small refrigerator | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Large wall picture | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #05 | Misc. supplies | Small bulletin board | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Large framed Texas map | N/A | N/A | 1 |
| Campbell | Office #05 | Furniture | Desk chairs | N/A | N/A | 3 |
| Campbell | Office #05 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Taxidermied snake | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Decorative horse shoes | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Decorative canteen | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Cowboy figurine | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Picture frame | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Decorative sign | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Artificial plant | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Artificial plant | N/A | N/A | 1 |
| Campbell | Office #05 | Decorative | Star wall hook | N/A | N/A | 1 |
| Campbell | Office #05 | Misc. supplies | Assorted books | N/A | N/A | 4 |
| Campbell | Office #05 | Electronics | Computer monitor | E-Machines | 0118 | 1 |
| Campbell | Office #05 | Electronics | Telephone | Linksys | 0207 | 1 |

**EXHIBIT C-1** **PAGE 4**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Office #05 | Electronics | Personal computer | Hewlett Packard | 0246 | 1 |
| Campbell | Office #05 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Office #05 | Misc. supplies | Assorted office supplies (no picture) | N/A | N/A | 1 |
| Campbell | Office #05 | Other | Personal fan | N/A | N/A | 1 |
| Campbell | Office #05 | Other | Golf clubs | N/A | N/A | 2 |
| Campbell | Office #06 | Decorative | Metal horse wall hook | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Decorative cow skull | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Figurine | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Decorative star | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Wall picture | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Wall picture | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Decorative desk sign | N/A | N/A | 1 |
| Campbell | Office #06 | Decorative | Decorative desk sign | N/A | N/A | 1 |
| Campbell | Office #06 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #06 | Electronics | Personal computer | Lenovo | 0139 | 1 |
| Campbell | Office #06 | Electronics | Computer monitor | E-Machines | 0116 | 1 |
| Campbell | Office #06 | Electronics | Telephone | Linksys | 0209 | 1 |
| Campbell | Office #06 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Office #07 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #07 | Furniture | Desk Chairs | N/A | N/A | 2 |
| Campbell | Office #07 | Furniture | Desk Chair | N/A | N/A | 1 |
| Campbell | Office #07 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #07 | Decorative | Wall mirrors | N/A | N/A | 2 |
| Campbell | Office #07 | Decorative | Wall picture | N/A | N/A | 1 |
| Campbell | Office #07 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #07 | Electronics | Personal computer | Lenovo | 0253 | 1 |
| Campbell | Office #07 | Electronics | Computer monitor | Acer | None | 1 |
| Campbell | Office #07 | Electronics | Headset | Microsoft | N/A | 1 |
| Campbell | Office #07 | Electronics | Telephone | Linksys | 0223 | 1 |
| Campbell | Office #08 | Furniture | Desk chairs | N/A | N/A | 4 |
| Campbell | Office #08 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #08 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #08 | Decorative | Decorative metal star | N/A | N/A | 1 |
| Campbell | Office #08 | Decorative | Decorative wood sign | N/A | N/A | 1 |
| Campbell | Office #08 | Electronics | Personal computer | Hewlett Packard | 0140 | 1 |
| Campbell | Office #08 | Electronics | Computer monitor | Acer | 0261 | 1 |

**EXHIBIT C-1** **PAGE 5**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Office #08 | Electronics | Telephone | Linksys | 0199 | 1 |
| Campbell | Office #09 | Furniture | Desk chairs | N/A | N/A | 2 |
| Campbell | Office #09 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #09 | Decorative | Star wall hook | N/A | N/A | 1 |
| Campbell | Office #09 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #09 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #09 | Decorative | Wall picture | N/A | N/A | 1 |
| Campbell | Office #10 | Misc. supplies | File cabinets | N/A | N/A | 2 |
| Campbell | Office #10 | Decorative | Framed wall map | N/A | N/A | 1 |
| Campbell | Office #10 | Decorative | Horseshoe/star wall hook | N/A | N/A | 1 |
| Campbell | Office #10 | Other | New Stetson cowboy hat | N/A | N/A | 1 |
| Campbell | Office #10 | Decorative | Texas Rangers belt buckle | N/A | N/A | 1 |
| Campbell | Office #10 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #10 | Furniture | Desk chairs | N/A | N/A | 3 |
| Campbell | Office #10 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #10 | Decorative | Artificial plant | N/A | N/A | 1 |
| Campbell | Office #10 | Electronics | Personal computer | Lenovo | 0137 | 1 |
| Campbell | Office #10 | Electronics | Computer monitor | ViewSonic | 0134 | 1 |
| Campbell | Office #10 | Electronics | Telephone | Linksys | 0194 | 1 |
| Campbell | Office #10 | Other | Nerf toy guns | N/A | N/A | 1 |
| Campbell | Office #10 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #10 | Electronics | Telephone | Linksys | 0313 | 1 |
| Campbell | Office #10 | Electronics | Computer monitor | Ativa | 0104 | 1 |
| Campbell | Office #10 | Electronics | Personal computer | Lenovo | 0202 | 1 |
| Campbell | Office #10 | Misc. supplies | Misc. office supplies (no picture) | N/A | N/A | 1 |
| Campbell | Office #10 | Electronics | Computer modem | TrendNet | 0249 | 1 |
| Campbell | Office #11 | Decorative | Horseshoe/star wall hook | N/A | N/A | 1 |
| Campbell | Office #11 | Decorative | Cowboy bookends | N/A | N/A | 1 |
| Campbell | Office #11 | Other | Drill driver set | N/A | N/A | 1 |
| Campbell | Office #11 | Electronics | Modem | NetGear | N/A | 1 |
| Campbell | Office #11 | Electronics | Computer speakers | N/A | N/A | 1 |
| Campbell | Office #11 | Electronics | Telephone | Linksys | 0300 | 1 |
| Campbell | Office #11 | | Adapter | Targis | 0349 | 1 |
| Campbell | Office #11 | Electronics | Modem | TrendNet | 0324 | 1 |
| Campbell | Office #11 | Electronics | Computer monitor | Acer | 0146 | 1 |
| Campbell | Office #11 | Other | Portable heater | N/A | N/A | 1 |
| Campbell | Office #11 | Furniture | Office desk | N/A | N/A | 1 |

**EXHIBIT C-1** **PAGE 6**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Office #11 | Furniture | Office chairs | N/A | N/A | 2 |
| Campbell | Office #11 | Furniture | Office chair | N/A | N/A | 1 |
| Campbell | Office #11 | Office Equipment | Printer/copier | Cannon | C32007114 | 1 |
| Campbell | Office #11 | Electronics | Headset and base | Plantronics | N/A | 1 |
| Campbell | Office #11 | Electronics | Telephone | Linksys | 0195 | 1 |
| Campbell | Office #11 | Electronics | Computer monitor | Acer | 0152 | 1 |
| Campbell | Office #11 | Electronics | Keyboards | Dell | N/A | 2 |
| Campbell | Office #11 | Electronics | Telephone | Linksys | 0203 | 1 |
| Campbell | Office #11 | Misc. supplies | Misc. computer cables | N/A | N/A | 1 |
| Campbell | Office #11 | Electronics | Personal computer | Lenovo | 0255 | 1 |
| Campbell | Office #11 | Electronics | Personal computer | Lenovo | 0257 | 1 |
| Campbell | Office #11 | Electronics | Computer monitor | Acer | 0254 | 1 |
| Campbell | Office #11 | Electronics | Computer monitor | Acer | 0132 | 1 |
| Campbell | Office #11 | Electronics | Personal computer | Hewlett Packard | 0296 | 1 |
| Campbell | Office #11 | Electronics | Headsets | Plantronics | N/A | 2 |
| Campbell | Office #11 | Electronics | Computer monitor | Dell | 0163 | 1 |
| Campbell | Office #11 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #11 | Decorative | Standing lamp | N/A | N/A | 1 |
| Campbell | Office #11 | Electronics | Laptop | Notebook | None | 1 |
| Campbell | Office #11 | Misc. supplies | Filing cabinet | N/A | N/A | 1 |
| Campbell | Office #12 | Decorative | Decorative metal star | N/A | N/A | 1 |
| Campbell | Office #12 | Decorative | Wall Mirror | N/A | N/A | 1 |
| Campbell | Office #12 | Decorative | Artificial plant | N/A | N/A | 1 |
| Campbell | Office #12 | Furniture | Small desk | N/A | N/A | 1 |
| Campbell | Office #12 | Furniture | Office chairs | N/A | N/A | 4 |
| Campbell | Office #12 | Furniture | Small desk | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Decorative boot | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Wall mirrors | N/A | N/A | 2 |
| Campbell | Office #13 | Decorative | Wall decoration | N/A | N/A | 1 |
| Campbell | Office #13 | Appliances | Small refrigerator | N/A | N/A | 1 |
| Campbell | Office #13 | Small Appliances | Coffee maker | Keurig | N/A | 1 |
| Campbell | Office #13 | Furniture | Desk Chairs | N/A | N/A | 3 |
| Campbell | Office #13 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #13 | Electronics | Telephone | Linksys | 0334 | 1 |
| Campbell | Office #13 | Electronics | Computer monitor | ViewSonic | 0142 | 1 |

**EXHIBIT C-1**     **PAGE 7**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Office #13 | Electronics | Computer monitor | AOC | 0133 | 1 |
| Campbell | Office #13 | Electronics | Computer speakers | N/A | N/A | 1 |
| Campbell | Office #13 | Misc. supplies | Misc. books | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Decorative wood picture frame w/drawers | N/A | N/A | 1 |
| Campbell | Office #13 | Electronics | Portable projector screen | N/A | N/A | 1 |
| Campbell | Office #13 | Misc. supplies | Filing cabinets | N/A | N/A | 2 |
| Campbell | Office #13 | Decorative | Glass vases | N/A | N/A | 2 |
| Campbell | Office #13 | Furniture | Office chair | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Wall Art | N/A | N/A | 1 |
| Campbell | Office #13 | Misc. supplies | Whiteboard | N/A | N/A | 1 |
| Campbell | Office #13 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Table clock | N/A | N/A | 1 |
| Campbell | Office #13 | Furniture | Small desk | N/A | N/A | 1 |
| Campbell | Office #13 | Decorative | Decorative pot | N/A | N/A | 1 |
| Campbell | Office #13 | Electronics | Personal computer | Gateway | 0113 | 1 |
| Campbell | Office #13 | Electronics | Telephone | Linksys | 0174 | 1 |
| Campbell | Office #13 | Electronics | Computer monitor | Acer | 0256 | 1 |
| Campbell | Office #13 | Other | Duffel bag | Rossignol | N/A | 1 |
| Campbell | Office #13 | Decorative | Picture frame | N/A | N/A | 1 |
| Campbell | Office #13 | Misc. supplies | Assorted office supplies (no picture) | N/A | N/A | 1 |
| Campbell | Office #14 | Decorative | Wall mounted hat rack | N/A | N/A | 1 |
| Campbell | Office #14 | Furniture | Office chairs | N/A | N/A | 5 |
| Campbell | Office #14 | Furniture | Office desk | N/A | N/A | 1 |
| Campbell | Office #14 | Misc. supplies | File cabinet | N/A | N/A | 1 |
| Campbell | Office #14 | Furniture | Disassembled desks | N/A | N/A | 5 |
| Campbell | Small conference room | Furniture | Office Desk | N/A | N/A | 1 |
| Campbell | Small conference room | Furniture | Office Desk | N/A | N/A | 1 |
| Campbell | Small conference room | Decorative | Wall mirror | N/A | N/A | 1 |
| Campbell | Small conference room | Misc. supplies | Filing cabinets | N/A | N/A | 3 |
| Campbell | Small conference room | Office Equipment | Printer | HP | 0309 | 1 |
| Campbell | Small conference room | Furniture | Small table | N/A | N/A | 1 |
| Campbell | Small conference room | Electronics | Modem | NetGear | None | 1 |
| Campbell | Bullpen/Row 1/Cubicle 1 | Electronics | Personal computer | Gateway | 0129 | 1 |
| Campbell | Bullpen/Row 1/Cubicle 1 | Electronics | Computer monitor | ViewSonic | 0245 | 1 |
| Campbell | Bullpen/Row 1/Cubicle 1 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 1/Cubicle 2 | Electronics | Telephone | Linksys | 0200 | 1 |
| Campbell | Bullpen/Row 1/Cubicle 2 | Electronics | Computer monitor | Acer | 0312 | 1 |

**EXHIBIT C-1** **PAGE 8**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Bullpen/Row 1/Cubicle 2 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 1/Cubicle 3 | Electronics | Personal computer | Lenovo | 0260 | 1 |
| Campbell | Bullpen/Row 1/Cubicle 3 | Electronics | Headset | Plantronics | | 1 |
| Campbell | Bullpen/Row 1/Cubicle 3 | Electronics | Telephone | Linksys | 0178 | 1 |
| Campbell | Bullpen/Row 1/Cubicle 3 | Electronics | Computer monitor | AOC | 0124 | 1 |
| Campbell | Bullpen/Row 1/Cubicle 3 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 1/Cubicle 4 | N/A | Cubicle Empty | N/A | N/A | 1 |
| Campbell | Bullpen/Row 2/Cubicle 1 | Electronics | Personal computer | Gateway | 0125 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 1 | Electronics | Telephone | Linksys | 0211 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 1 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Bullpen/Row 2/Cubicle 1 | Electronics | Computer monitor | AOC | 0114 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 1 | Furniture | Desk Chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 2/Cubicle 2 | Electronics | Personal computer | Gateway | 0149 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 2 | Electronics | Computer monitor | Acer | 0258 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 2 | Electronics | Telephone | Linksys | 0251 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 2 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 2/Cubicle 3 | Electronics | Personal computer | E-Machines | 0115 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 3 | Electronics | Telephone | Linksys | 0218 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 3 | Electronics | Computer monitor | AOC | 0108 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 3 | Furniture | Desk chairs | N/A | N/A | 2 |
| Campbell | Bullpen/Row 2/Cubicle 4 | Electronics | Telephone | Linksys | 0222 | 1 |
| Campbell | Bullpen/Row 2/Cubicle 4 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 3/Cubicle 1 | Electronics | Personal computer | Hewlett Packard | 0242 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 1 | Electronics | Telephone | Linksys | 0208 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 1 | Electronics | Computer monitor | Optic West | 0243 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 1 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 3/Cubicle 1 | Decorative | Decorative bell | N/A | N/A | 1 |
| Campbell | Bullpen/Row 3/Cubicle 2 | Electronics | Personal computer | Hewlett Packard | 0240 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 2 | Electronics | Telephone | Linksys | 0215 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 2 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Bullpen/Row 3/Cubicle 2 | Electronics | Computer monitor | Dell | 0241 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 2 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 3/Cubicle 3 | Electronics | Personal computer | E-Machines | 0107 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 3 | Electronics | Telephone | Linksys | 0213 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 3 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Bullpen/Row 3/Cubicle 3 | Electronics | Computer monitor | AOC | 0130 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 3 | Furniture | Desk chair | N/A | N/A | 1 |

**EXHIBIT C-1** **PAGE 9**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Campbell | Bullpen/Row 3/Cubicle 4 | Electronics | Personal computer | Hewlett Packard | 0153 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 4 | Electronics | Telephone | Linksys | 0224 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 4 | Electronics | Computer monitor | Acer | 0310 | 1 |
| Campbell | Bullpen/Row 3/Cubicle 4 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 4/Cubicle 1 | Electronics | Personal computer | E-Machines | 0119 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 1 | Electronics | Telephone | Linksys | 0216 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 1 | Electronics | Headset | Plantronics | N/A | 1 |
| Campbell | Bullpen/Row 4/Cubicle 1 | Electronics | Computer monitor | E-Machines | 0120 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 1 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 4/Cubicle 2 | Electronics | Personal computer | Lenovo | 0311 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 2 | Electronics | Telephone | Linksys | 0225 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 2 | Electronics | Computer monitor | E-Machines | 0148 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 2 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 4/Cubicle 2 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 4/Cubicle 3 | Electronics | Personal computer | Gateway | 0123 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 3 | Electronics | Telephone | Linksys | 0212 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 3 | Electronics | Computer monitor | AOC | 0110 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 3 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Bullpen/Row 4/Cubicle 4 | Electronics | Personal computer | E-Machines | 0117 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 4 | Electronics | Computer monitor | Acer | 0400 | 1 |
| Campbell | Bullpen/Row 4/Cubicle 4 | Furniture | Desk chair | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Decorative | Wall Art | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Decorative | Wall Art | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Decorative | Decorative metal star | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Decorative | Wall Art | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen |  | Flat screen TV approx. 60 in. | Sharp | 0323 | 1 |
| Campbell | Hall/walls along bullpen | Electronics | Personal computer | ?? | 0105 | 1 |
| Campbell | Hall/walls along bullpen | Electronics | Computer speakers | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Furniture | Long table | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Furniture | Small wall table | N/A | N/A | 1 |
| Campbell | Hall/walls along bullpen | Decorative | Wall Art | N/A | N/A | 1 |

**EXHIBIT C-1** **PAGE 10**

Gardere01 - 6833742

# EXHIBIT C-2

## Asset Inventory of 101 E Park Blvd., Ste. 755, Plano, TX

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Plano HQ | Waiting Area | Furniture | Leather loveseat | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Furniture | Leather recliner | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Furniture | Granite Side Tables (custom) | N/A | N/A | 2 |
| Plano HQ | Waiting Area | Furniture | Cowhide Lamp | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Artwork | Horse statuette | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Artwork | Taxidermied Bison Head | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Furniture | Fake Plant | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Furniture | Granite Coffee Table (custom) | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Furniture | Cowhide Rug | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Furniture | Magazine Holder (book) | N/A | N/A | 1 |
| Plano HQ | Waiting Area | Decorations | SFG Wall Signage | N/A | N/A | 1 |
| Plano HQ | Reception Area | Decorations | Framed Copied Diplomas | N/A | N/A | 13 |
| Plano HQ | Reception Area | Artwork | Longhorn Horns - Taxidermied | N/A | N/A | 1 |
| Plano HQ | Reception Area | Electronics | 47" LED TV | Samsung | N/A | 1 |
| Plano HQ | Reception Area | Electronics | Security Panel | N/A | N/A | 1 |
| Plano HQ | Reception Area | Artwork | Iron Star - Texas | N/A | N/A | 1 |
| Plano HQ | Reception Area | Artwork | Eagle Statuette | N/A | N/A | 1 |
| Plano HQ | Reception Area | Artwork | Framed Oil-rig Print | Gary Crouch | N/A | 1 |
| Plano HQ | Reception Area | Furniture | Leather Office Chair | N/A | N/A | 1 |
| Plano HQ | Reception Area | Furniture | Office Desk | N/A | N/A | 1 |
| Plano HQ | Reception Area | Electronics | Desktop Computer | HP | N/A | 1 |
| Plano HQ | Reception Area | Electronics | Computer Monitor | Acer | N/A | 1 |
| Plano HQ | Reception Area | Electronics | Telephone - Receptionist | Avastra | N/A | 1 |
| Plano HQ | Server Room | Furniture | Large Filing Cabinet | N/A | N/A | 4 |
| Plano HQ | Server Room | Electronics | Copier/Printer | Savia | MP2352 | 1 |
| Plano HQ | Server Room | Electronics | Laserjet Printer - CM 2320fxiMFP | HP | N/A | 1 |
| Plano HQ | Server Room | Electronics | Mail Station | Pitney Bowes | N/A | 1 |
| Plano HQ | Server Room | Electronics | A/V Receiver | Sherwood | N/A | 1 |
| Plano HQ | Server Room | Electronics | Computer Monitor | AOC | N/A | 1 |
| Plano HQ | Server Room | Electronics | G Series Server | Dell | N/A | 1 |
| Plano HQ | Server Room | Electronics | Computer Monitor | Dell | N/A | 2 |
| Plano HQ | Server Room | Electronics | Wireless Modem | Verizon | N/A | 1 |
| Plano HQ | Server Room | Electronics | LAN Switches | Netgear | SRW224P | 3 |
| Plano HQ | Server Room | Electronics | Shredder | Royal | N/A | 1 |

**EXHIBIT C-2** **PAGE 1**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Plano HQ | Server Room | Furniture | Large Wooden Frames | N/A | N/A | 3 |
| Plano HQ | Hallway | Decorations | Large Mirror | N/A | N/A | 1 |
| Plano HQ | Hallway | Artwork | Oil and Gas Framed Prints | Gary Crouch | N/A | 4 |
| Plano HQ | Hallway | Artwork | Framed 2005 Austin Capital | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Furniture | Granite Office Desk | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Furniture | Wooden Office Desk | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Furniture | Leather Office Chair | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 2 |
| Plano HQ | Rob Morgan Office | Furniture | Filing Cabinet | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Furniture | Credenza | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Artwork | Oil Rig Framed Picture | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Decorations | Mirror | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Artwork | Framed Oil-rig/Golf Print | Gary Crouch | N/A | 1 |
| Plano HQ | Rob Morgan Office | Miscellaneous | Michael R. Davis Personal Effects | N/A | N/A | 3 |
| Plano HQ | Rob Morgan Office | Artwork | Framed Picture | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Miscellaneous | Office Supplies | N/A | N/A | 1 |
| Plano HQ | Rob Morgan Office | Electronics | Computer Monitor | Dell | N/A | 1 |
| Plano HQ | Rob Morgan Office | Electronics | Desktop Computer | ATS | 151 | 1 |
| Plano HQ | Rob Morgan Office | Electronics | Telephone | Linksys | 220 | 1 |
| Plano HQ | Rob Morgan Office | Electronics | Laptop Computer | HP | N/A | 1 |
| Plano HQ | Rob Morgan Office | Electronics | Telephone | Linksys | 206 | 1 |
| Plano HQ | Rob Morgan Office | Miscellaneous | Clock | Rhythm | N/A | 1 |
| Plano HQ | Rob Morgan Office | Miscellaneous | Boxes of Documents | N/A | N/A | 5 |
| Plano HQ | Rob Morgan Office | Miscellaneous | Cash Register | N/A | N/A | 1 |
| Plano HQ | Conference Room | Furniture | Leather Chairs | N/A | N/A | 8 |
| Plano HQ | Conference Room | Electronics | Xbox 360 | Microsoft | N/A | 1 |
| Plano HQ | Conference Room | Electronics | Cable Box | Verizon | N/A | 1 |

**EXHIBIT C-2** **PAGE 2**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Plano HQ | Conference Room | Electronics | Receiver - A/V | Onkyo | N/A | 1 |
| Plano HQ | Conference Room | Electronics | Projector | Casio | N/A | 1 |
| Plano HQ | Conference Room | Furniture | 8-Foot Whiteboard | N/A | N/A | 1 |
| Plano HQ | Conference Room | Furniture | Custom Wooden Whiteboard Container | N/A | N/A | 1 |
| Plano HQ | Conference Room | Furniture | Granite Conference Table - 10 feet | N/A | N/A | 1 |
| Plano HQ | Conference Room | Artwork | Framed Texas Flag Flown Over Capitol | N/A | N/A | 1 |
| Plano HQ | Conference Room | Electronics | Speaker System | Creative | N/A | 1 |
| Plano HQ | Conference Room | Miscellaneous | Tripod | N/A | N/A | 1 |
| Plano HQ | Conference Room | Miscellaneous | Office Supplies | N/A | N/A | 1 |
| Plano HQ | Conference Room | Artwork | Texas Iron Stars | N/A | N/A | 2 |
| Plano HQ | Conference Room | Electronics | Xbox Games | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 2 |
| Plano HQ | Accountant Office | Furniture | Leather Office Chair | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Wooden Office Desk (Single) | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Wooden Office Desk (L-Shape) | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Credenza | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Whiteboard (8 feet) | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Filing Cabinet | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Furniture | Filing Cabinet | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Miscellaneous | Plant | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Miscellaneous | Plant | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | 47" LED TV | Vizio | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Desktop Computer | E-machines | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Computer Monitor | HP | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Computer Monitor | ASUS | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Scanner/Fax | Epson | N/A | 1 |

**EXHIBIT C-2** **PAGE 3**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Plano HQ | Accountant Office | Electronics | Telephone | Linksys | N/A | 1 |
| Plano HQ | Accountant Office | Miscellaneous | Globe Liquor Cabinet | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Desktop Computer | HP | 147 | 1 |
| Plano HQ | Accountant Office | Electronics | Copier/Printer - LaserJet Pro 400 | HP | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Computer Monitor | AOC | N/A | 1 |
| Plano HQ | Accountant Office | Electronics | Computer Monitor | Dell | N/A | 1 |
| Plano HQ | Accountant Office | Miscellaneous | Corporate Records (various) | N/A | N/A | N/A |
| Plano HQ | Accountant Office | Furniture | Wooden Table (6 feet) | N/A | N/A | 1 |
| Plano HQ | Accountant Office | Miscellaneous | Boxes of Absolut Vodka | Absolut | N/A | 5 |
| Plano HQ | Marc Sharma's Office | Furniture | Wooden Office Desk (Single) | N/A | N/A | 2 |
| Plano HQ | Marc Sharma's Office | Electronics | Desktop Computer | Lenovo | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Electronics | Computer Monitor | AOC | N/A | 2 |
| Plano HQ | Marc Sharma's Office | Electronics | Telephone | Linksys | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Electronics | Telephone | Linksys | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Furniture | Filing Cabinet | N/A | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Electronics | Copier/Printer - LaserJet Pro 400 | HP | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Electronics | Desktop Computer | HP | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Marc Sharma's Office | Furniture | Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Artwork | Painting of Oil Derrick | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Artwork | Landscape | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Decorations | Cowboy Paraphernalia | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Decorations | Framed Masters III Beer Advertisement | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Computer Monitor (Left) | Dell | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Telephone (Left) | Linksys | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Fax/Copy/Printer (LaserJet Pro 300) | HP | N/A | 1 |

**EXHIBIT C-2** **PAGE 4**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Plano HQ | Second Office on Right | Furniture | Whiteboard (8 feet, right wall) | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Furniture | Whiteboard (6 feet, left wall) | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Furniture | Filing Cabinet | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Furniture | Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Furniture | Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Desktop Computer | PowerSpec | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Computer Monitor (Right) | Benq | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Telephone (Right) | Linksys | N/A | 1 |
| Plano HQ | Second Office on Right | Electronics | Clock | Brookstone | N/A | 1 |
| Plano HQ | Second Office on Right | Furniture | Wooden Office Desk (T-Shape w/hutches) | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Furniture | Wooden Office Desk (Single) | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Electronics | Computer Monitor (Left Desk) | AOC | N/A | 3 |
| Plano HQ | Hedge Fund Office | Electronics | Computer Monitor (Right Desk) | AOC | N/A | 3 |
| Plano HQ | Hedge Fund Office | Electronics | Desktop Computer | LG | N/A | 1 |
| Plano HQ | Hedge Fund Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Furniture | Wooden Executive Desk | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Furniture | Credenza w/ hutch | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Decorations | Giant Coin | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Decorations | SFG Wall Lettering | N/A | N/A | 1 |
| Plano HQ | Hedge Fund Office | Artwork | Oil Derrick Print | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Furniture | Whiteboard (4 feet, left wall) | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Furniture | Wooden Chair | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Electronics | Computer Monitor (Right) | Acer | N/A | 1 |
| Plano HQ | Lawyer Office | Electronics | Desktop Computer (Right) | e-machines | N/A | 1 |
| Plano HQ | Lawyer Office | Furniture | Wooden Office Desk (T-shape w/hutches) | N/A | N/A | 1 |

**EXHIBIT C-2** **PAGE 5**

Gardere01 - 6833742

| Office Location | Location Area | Category | Item Name | Brand | Serial No. | Quantity |
|---|---|---|---|---|---|---|
| Plano HQ | Lawyer Office | Decorations | Rusted Longhorn head | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Electronics | Desktop Computer (Spare) | Acer | N/A | 1 |
| Plano HQ | Lawyer Office | Furniture | Filing Cabinet | N/A | N/A | 1 |
| Plano HQ | Lawyer Office | Electronics | Computer Monitor (Left) | Acer | N/A | 1 |
| Plano HQ | Lawyer Office | Electronics | Desktop Computer (Left) | HP | N/A | 1 |
| Plano HQ | Lawyer Office | Decorations | Framed $1 bills | N/A | N/A | 1 |
| Plano HQ | Kitchen | Fixtures | Various Cabinets | N/A | N/A | N/A |
| Plano HQ | Kitchen | Miscellaneous | Office Supplies | N/A | N/A | |
| Plano HQ | Kitchen | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 2 |
| Plano HQ | Kitchen | Furniture | Synthetic Office Chair | N/A | N/A | 3 |
| Plano HQ | Kitchen | Fixtures | Sink | N/A | N/A | 1 |
| Plano HQ | Kitchen | Miscellaneous | Coffee Supplies (Keurig) | N/A | N/A | 1 |
| Plano HQ | Kitchen | Electronics | Keurig Coffee Maker | Keurig | N/A | 1 |
| Plano HQ | Kitchen | Miscellaneous | Alcohol | Various | N/A | N/A |
| Plano HQ | Kitchen | Electronics | Refrigerator | Maytag | N/A | 1 |
| Plano HQ | Kitchen | Electronics | Water Dispenser | Unknown | N/A | 1 |
| Plano HQ | Kitchen | Artwork | Oil Derrick Print | N/A | N/A | 1 |
| Plano HQ | Kitchen | Decorations | Fake Plants | N/A | N/A | 2 |
| Plano HQ | Kitchen | Electronics | Margarita Machine | Nostalgia | N/A | 1 |
| Plano HQ | Kitchen | Electronics | Telephone | Linksys | N/A | 1 |
| Plano HQ | Kitchen | Miscellaneous | Software | Various | N/A | 1 |
| Plano HQ | Kitchen | Electronics | Microwave | GE | N/A | 1 |
| Plano HQ | Kitchen | Miscellaneous | Green Dolly | N/A | N/A | 1 |
| Plano HQ | Sameer's Office | Furniture | Credenza | N/A | N/A | 2 |
| Plano HQ | Sameer's Office | Furniture | Wooden Executive Desk | N/A | N/A | 1 |
| Plano HQ | Sameer's Office | Furniture | Leather/Synthetic Office Chair | N/A | N/A | 2 |
| Plano HQ | Sameer's Office | Furniture | Leather Couch | N/A | N/A | 1 |
| Plano HQ | Sameer's Office | Furniture | Particle Board End Table | N/A | N/A | 1 |
| Plano HQ | Sameer's Office | Artwork | Republic of Texas Map Painting | N/A | N/A | 1 |
| Plano HQ | Sameer's Office | Electronics | CD Player/Radio | Sony | N/A | 1 |
| Plano HQ | Sameer's Office | Electronics | Desktop Computer | PowerSpec | N/A | 1 |
| Plano HQ | Sameer's Office | Electronics | Computer Monitor | ViewSonic | N/A | 1 |
| Plano HQ | Sameer's Office | Furniture | Synthetic Office Chair | N/A | N/A | 1 |
| Plano HQ | Sameer's Office | Electronics | Telephone | PolyCom | N/A | 1 |
| Plano HQ | Sameer's Office | Miscellaneous | Corporate Records (various) | N/A | N/A | N/A |
| Plano HQ | Sameer's Office | Miscellaneous | Books and Personal Items | N/A | N/A | N/A |

**EXHIBIT C-2** **PAGE 6**

Gardere01 - 6833742