# EXHIBIT D[3]

## List of Investors

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████<br>Gainesville, FL  32607 | $50,883.34 |
| ████████<br>Checotah, OK  74426 | $6,254.61 |
| ████████<br>Menominee, MI  49858 | $38,969.25 |
| █████████████<br>La Mesa, CA  91942 | $6,254.61 |
| █████████<br>Elcajon, CA  92020 | $6,254.61 |
| █████████<br>Cleveland, OH  44112 | $26,027.58 |
| █████████<br>Denver, CO  8024 | $51,766.69 |
| █████████████<br>Florissant, MO  63033 | $50,000.00 |
| ███████████<br>Houston, TX  77221 | $48,590.80 |
| █████████<br>Frankenmuth, MI  48734 | $63,741.03 |
| ████████<br>Edina, MN  55439 | $19,722.81 |
| █████████<br>Edina, MN  55439 | $44,616.56 |
| ████████████<br>Williams Burg, VA  23185 | $6,066.35 |
| █████████<br>The Dalles, OR  97058 | $50,000.00 |

[3] The amounts included in this Exhibit D reflect amounts contained in the books and records located by the Receiver during the Reporting Period.  The Receiver makes no representations or acknowledgements as to the validity of the information contained in Exhibit D and reserves all rights to amend, modify, and contest same.

| Investor Name | Total Amt. Invested |
|---|---|
| ██████████ <br> Plano, TX  75024 | $6,254.62 |
| ██████████ <br> Charles City, IA  50616 | $24,893.75 |
| ██████████ <br> Wharton, TX  77488 | $12,500.00 |
| ██████████ <br> Wharton, TX  77488 | $12,500.00 |
| ██████████ <br> Upper St. Clair, PA  15241 | $207,066.75 |
| ██████████ <br> Blommington, IN  47401 | $25,000.00 |
| ██████████ <br> Omaha, NE  68142 | $50,000.00 |
| ██████████ <br> Omaha, NE  68142 | $50,000.00 |
| ██████████ <br> Plymouth, MA  2360 | $50,000.00 |
| ██████████ <br> Jefferson, TX  75657 | $12,147.70 |
| ██████████ <br> Jefferson, TX  75657 | $56,764.20 |
| ██████████ <br> Slaughter, LA  70777 | $12,500.00 |
| ██████████ <br> Sedona, AZ  86351 | $25,955.46 |
| ██████████ <br> Colorado Springs, CO  80970 | $50,000.00 |
| ██████████ <br> Colorado Springs, CO  80970 | $50,000.00 |
| ██████████ <br> Hockley, TX  77447 | $12,509.22 |
| ██████████ <br> Hockley, TX  77447 | $36,804.62 |

| Investor Name | Total Amt. Invested |
| --- | --- |
| ████████<br>Plymouth, MA 2360 | $102,055.18 |
| ████████<br>Roswell, GA 30075 | $76,027.58 |
| ████████<br>Spring, TX 77391 | $25,018.45 |
| ████████<br>Spring, TX 77391 | $25,018.45 |
| ████████<br>Spring, TX 77391 | $73,609.25 |
| ████████<br>Anchorage, AK 99524 | $12,941.67 |
| ████████<br>San Gabriel, CA 91776 | $25,883.36 |
| ████████<br>Sutton, AK 99674 | $25,883.34 |
| ████████<br>Bedford, TX 76021 | $25,000.00 |
| ████████<br>Lufkin, TX 75901 | $39,041.25 |
| ████████<br>Houston, TX 77056 | $9,861.00 |
| ████████<br>Elyria, OH 44036 | $99,575.00 |
| ████████<br>Tyler, TX 75709 | $6,254.61 |
| ████████<br>Shawnigon Lake, BC | $12,509.22 |
| ████████<br>Shawnigon Lake, BC | $18,402.28 |
| ████████<br>Manilla, IA 51454 | $37,941.67 |
| ████████<br>Nevada, IA 50201 | $207,066.75 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████<br>Santa Ana, CA  92705 | $50,000.00 |
| ███████████<br>Santa Ana, CA  92705 | $50,000.00 |
| ███████████<br>Charles City, IA  50616 | $84,062.19 |
| █████████<br>Cleveland, TX  77328 | $6,254.61 |
| ████████████<br>Marion, NY  14505 | $50,000.00 |
| ███████████<br>Bettendorf, IA  52722 | $52,055.00 |
| ██████████<br>Newton, PA  18940 | $13,013.79 |
| ██████████<br>Palm Desert, CA  92261 | $50,000.00 |
| ██████████<br>Palm Desert, CA  92261 | $50,000.00 |
| ██████████<br>Palm Desert, CA  92261 | $50,000.00 |
| ██████████<br>Palm Desert, CA  92261 | $50,000.00 |
| ████████████<br>Atascadero, CR  28054 | $12,941.67 |
| █████████████<br>West Lina, OR  97068 | $26,027.58 |
| ███████████████<br>Scottsdale, AZ  85260 | $208,220.00 |
| ███████████<br>Searcy, AR  72143 | $12,509.23 |
| ████████████<br>San Antonio, TX  78248 | $103,533.38 |
| █████████<br>Emporia, KS  66801 | $31,895.51 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████ Richardson, TX  75081 | $12,941.67 |
| ███████████ Bel Air, MD  21015 | $12,500.00 |
| ███████████ Bel Air, MD  21015 | $12,500.00 |
| ███████████ Poland, OH  44514 | $37,340.63 |
| ███████████ Poland, OH  44514 | $24,893.75 |
| ███████████ Pittsfield, MA  1201 | $103,533.38 |
| ███████████ Charlotte, NC  28207 | $25,883.34 |
| ███████████ Coos Bay, OR  97420 | $6,078.90 |
| ███████████ Carmichael, CA  95608 | $25,889.34 |
| ███████████ Chegenne, WY  82009 | $9,861.41 |
| ███████████ Chegenne, WY  82009 | $9,861.41 |
| ███████████ Dallas, TX  75287 | $6,245.62 |
| ███████████ Ames, IA  5001 | $103,533.38 |
| ███████████ Fargo, ND  58104 | $103,533.38 |
| ███████████ Enid, OK  73701 | $12,941.67 |
| ███████████ Burnsville, NC  28714 | $25,000.00 |
| ███████████ Flossmoor, IL  60422 | $13,000.00 |

| Investor Name | Total Amt. Invested |
|---|---|
| ████████ Augusta, GA 30901 | $12,500.00 |
| ████████ Augusta, GA 30901 | $12,500.00 |
| ████ Haurve de Grace, MD 21078 | $12,500.00 |
| ████ N Chesterfield, VA 23234 | $12,941.67 |
| ██████ Convington, TN 38019 | $12,500.00 |
| ██████ Covington, TN 38019 | $12,500.00 |
| █████ Marion, IN 46952 | $25,000.00 |
| ██████ Yorba Linda, CA 92886 | $25,000.00 |
| ████ West Lafayette, IN 47906 | $12,500.00 |
| ████ West Lafayette, IN 47906 | $38,527.58 |
| ██████ Frisco, TX 75033 | $25,883.34 |
| ████ Sacramento, CA 95864 | $12,127.45 |
| ██████ Wichita, KS 67205 | $12,941.67 |
| ████ Robstown, TX 78380 | $66,027.58 |
| ████ Alvord, Tx 76225 | $6,254.62 |
| ████ Alvord, TX 76225 | $12,509.23 |
| █████ Kansas City, MO 64134 | $49,787.50 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████<br>Baltimore, MD  21208 | $9,861.41 |
| ███████████<br>Holliston, MA  1746 | $38,825.00 |
| ███████████<br>Holliston, MA  1746 | $12,941.67 |
| ████████<br>Gestonia, NC  28054 | $25,018.45 |
| ██████████.<br>Houston, TX  77084 | $100,000.00 |
| █████████████<br>Colleyville, TX  76034 | $25,513.79 |
| ███████████<br>Houston, TX  77018 | $25,883.34 |
| █████████<br>Sulligent, AL  35586 | $19,722.81 |
| █████████<br>Sulligent, AL  35586 | $45,678.27 |
| █████████████<br>San Diego, CA  92131 | $25,883.35 |
| ███████████.<br>Boca Raton, OH  45805 | $12,446.88 |
| █████████<br>Seattle, WA  98112 | $17,776.85 |
| ██████████<br>Swayzee, IN  46986 | $50,000.00 |
| █████████████<br>Swayzee, IN  46986 | $50,000.00 |
| █████████████<br>Swayzee, IN  46986 | $37,500.00 |
| ███████████<br>Lakeville, MN  55044 | $100,000.00 |
| ██████████<br>Berlin, WI  54923 | $200,000.00 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████<br>Andover, MN  55304 | $39,445.50 |
| ███████<br>Andover, MN  55304 | $63,740.90 |
| ███████<br>Slidell, LA  70460 | $9,861.41 |
| ███████<br>Howard, OH  43028 | $25,883.34 |
| ███████<br>Howard, OH  43028 | $51,766.69 |
| ███████<br>San Antonio, TX  78216 | $103,533.38 |
| ███████<br>Mission, TX  78574 | $103,533.38 |
| ███████<br>Centerville, SD  57014 | $52,055.18 |
| ███████<br>pland, CA  91786 | $61,962.24 |
| ███████<br>Upland, CA  91786 | $111,749.73 |
| ███████<br>Irving, TX  75061 | $25,000.00 |
| ███████<br>Sioux Falls, SD  57107 | $200,000.00 |
| ███████<br>Corsicana, TX  75110 | $50,000.00 |
| ███████<br>Bothell, WA  98021 | $44,018.15 |
| ███████<br>Ft Worth, TX  76102 | $127,481.80 |
| ███████<br>San Angelo, TX  76901 | $45,236.81 |
| ███████<br>San Angelo, TX  76901 | $32,222.81 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████ <br> San Angelo, TX  76901 | $55,253.42 |
| ███████████ <br> Bedford, TX  76095 | $13,013.75 |
| ███████████ <br> Goodyear, AZ  85395 | $12,500.00 |
| ███████████ <br> Big Bend, WI  53103 | $13,013.79 |
| ███████████ <br> Carmi, IL  62821 | $25,000.00 |
| ███████████ <br> Fort Atkinson, WI  53538 | $50,000.00 |
| ███████████ <br> Ponca City, OK  74604 | $75,000.00 |
| ███████████ <br> Ponca City, OK  74604 | $62,500.00 |
| ███████████ <br> Tipton, IN  46072 | $64,780.48 |
| ███████████ <br> Modesto, CA  95357 | $13,013.79 |
| ███████████ <br> Golden Valley, MN  55427 | $25,000.00 |
| ███████████ <br> Salem, OR  79305 | $5,629.15 |
| ███████████ <br> Fairview, UT  84629 | $12,147.70 |
| ███████████ <br> Fairview, UT  84629 | $22,009.10 |
| ███████████ <br> Fairview, UT  84629 | $35,216.80 |
| ███████████ <br> Arden Hills, MN  55112 | $12,941.67 |
| ███████████ <br> Giddings, TX  78942 | $12,147.70 |

| Investor Name | Total Amt. Invested |
|---|---|
| ████████<br>Giddings, TX  78942 | $56,763.76 |
| ████████<br>Cambridge, MN  55008 | $18,400.00 |
| ████████<br>Borger, TX  79008 | $50,000.00 |
| ████████<br>Borger, TX  79008 | $50,000.00 |
| ████████<br>Dallas, TX  75225 | $25,000.00 |
| ████████<br>Vernon, TX  76385 | $39,041.25 |
| ████████<br>Greenville, SC  29615 | $25,000.00 |
| ████████<br>Greenville, SC  29615 | $51,397.13 |
| ████████<br>Hoxie, KS  67740 | $19,722.75 |
| ████████<br>Hoxie, KS  67740 | $44,018.15 |
| ████████<br>Selma, AL  36701 | $25,000.00 |
| ████████<br>Cypress, TX  77429 | $25,000.00 |
| ████████<br>Cypress, TX  77429 | $25,000.00 |
| ████████<br>Honolulu, HI  96816 | $9,861.41 |
| ████████<br>Irving, TX  75063 | $50,000.00 |
| ████████<br>Littlton, CO  80123 | $12,509.23 |
| ████████<br>Lexington, MA  2420 | $25,883.34 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████ Cottleville, MO  63338 | $25,018.45 |
| ███████ Marne, MI  49435 | $25,883.34 |
| ███████ Atkinson, IA  52144 | $306,641.75 |
| ███████ Bellevue, NE  68123 | $25,883.44 |
| ███████ Grand Prairie, TX  75052 | $38,383.34 |
| ███████ Paso Roblw, CA  93446 | $25,018.45 |
| ███████ Paso Roblw, CA  93446 | $37,166.15 |
| ███████ Centerville, SD  57014 | $26,027.58 |
| ███████ Centerville, SD  57014 | $13,013.79 |
| ███████ Whitewater, WI  52190 | $25,000.00 |
| ███████ Grand Blanc, MI  48438 | $12,500.00 |
| ███████ Lincoln, MA  1773 | $103,821.87 |
| ███████ Hibbing, MN  55746 | $12,941.67 |
| ███████ Hibbing, MN  55746 | $12,941.67 |
| ███████ Dallas, TX  75229 | $39,445.63 |
| ███████ Dallas, TX  75229 | $127,482.05 |
| ███████ Sioux City, IA  51101 | $26,027.58 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████<br>RSM, CA 92688 | $139,519.43 |
| ███████████████<br>Long Beach, CA 90807 | $125,883.34 |
| ███████████<br>Boyce, VA 22620 | $76,910.92 |
| ███████████<br>Carmel, IN 46033 | $25,000.00 |
| ██████████████████<br>██████████████<br>████████████<br>Dallas, TX 75225 | $200,000.00 |
| ██████████████████<br>██████████████<br>████████████<br>Dallas, TX 75225 | $100,000.00 |
| ███████████████<br>Tampa, FL 33615 | $12,500.00 |
| ███████████<br>Raleigh, NC 27608 | $12,941.67 |
| █████████████<br>Brady, TX 76825 | $25,000.00 |
| ████████████<br>Jasper, TX 75951 | $25,018.45 |
| ███████████<br>Montgomery, AL 36117 | $22,009.11 |
| █████████<br>Corpus Christi, TX 78412 | $25,000.00 |
| █████████████<br>Lonboat Key, FL 34228 | $51,766.69 |
| █████████████<br>Sioux Falls, SD 57105 | $19,448.57 |
| █████████████<br>Parker, CO 80138 | $12,509.23 |
| ██████████████████<br>████████<br>Kokomo, IN 46901 | $25,000.00 |

| Investor Name | Total Amt. Invested |
|---|---|
| █████████ <br> Santa Ana, CA  92705 | $203,108.38 |
| █████████ <br> Woodland Hills, CA  91364 | $0.00 |
| █████████ <br> Mullen, NE  69152 | $12,941.67 |
| █████████ <br> Kingman, AZ  86409 | $12,941.67 |
| █████████ <br> Charlotte, NC  28230 | $19,722.81 |
| █████████ <br> Bolivar, MO  65613 | $19,722.00 |
| █████████ <br> Jefferson, TX  75657 | $44,889.05 |
| █████████ <br> Louisville, KY  40291 | $25,883.34 |
| █████████ <br> Lubbock, TX  79424 | $37,960.12 |
| █████████ <br> Lubbock, TX  79423 | $25,018.45 |
| █████████ <br> Pleasant, UT  84647 | $22,009.10 |
| █████████ <br> Pleasant, UT  84647 | $34,156.80 |
| █████████ <br> Brady, TX  76825 | $25,000.00 |
| █████████ <br> Wichita, KS  67226 | $25,541.25 |
| █████████ <br> Logan, UT  84321 | $13,041.25 |
| █████████ <br> San Francisco, CA  94110 | $13,013.75 |
| █████████ <br> Scottsdale, AZ  85255 | $77,938.35 |

| Investor Name | Total Amt. Invested |
|---|---|
| ████████ Manteno, IL  60950 | $6,075.85 |
| ████████ Carmel, IN  46033 | $12,500.00 |
| ████████ Carmel, IN  46033 | $12,500.00 |
| ████████ Las Cruces, NM  88001 | $12147.7 |
| ████████████ Croydon, Australia | $0.00 |
| ████████ West Milford, NJ  7480 | $50,000.00 |
| ██████████ Littleton, CO  80123 | $34,764.00 |
| ████ Winona, MN  55987 | $100,000.00 |
| ████████ San Marcos, TX  78666 | $6,254.61 |
| ██████ Vancouver, WA  98662 | $9,861.41 |
| ████ Deckerville, MI  48427 | $26,027.58 |
| ██████ West Linn, OR  97068 | $25,000.00 |
| ████████ Worthington, MN  56187 | $25,000.00 |
| ████████ Worthington, MN  56187 | $25,000.00 |
| ██████ Hallettsville, TX  77964 | $51,766.69 |
| ██████ Hallettsville, TX  77964 | $51,766.69 |
| ████████ Pene, IN  46790 | $25,000.00 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████ <br> Pengilly, MN  55775 | $12,941.67 |
| ███████ <br> Vero Beach, FL  32963 | $51,027.50 |
| ███████ <br> Burbank, WA  99323 | $25,441.67 |
| ███████ <br> Houston, TX  77074 | $156,870.20 |
| ███████ <br> Ware, MA  1082 | $6,073.85 |
| ███████ <br> Shoreline, WA  98155 | $31,870.45 |
| ███████ <br> Concord, CA  94521 | $25,883.34 |
| ███████ <br> Concord, CA  94521 | $25,883.34 |
| ███████ <br> Concord, CA  94521 | $51,766.69 |
| ███████ <br> Omaha, NE  68144 | $51,766.69 |
| ███████ <br> Ludlow, MA  1056 | $36,804.63 |
| ███████ <br> Atlanta, GA  30308 | $51,766.69 |
| ███████ <br> Lexington, VA  24450 | $12,941.67 |
| ███████ <br> Allen, TX  75013 | $15,000.00 |
| ███████ <br> Normal, IL  61761 | $51,910.85 |
| ███████ <br> Big Cove, AL  35763 | $25,883.34 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████ ███<br>Scottsdale, AZ 85260 | $50,000.00 |
| ████████<br>Del Rio, TX 78841 | $39,445.63 |
| ███████<br>Moline, IL 61265 | $25,000.00 |
| ███████<br>Moline, IL 61265 | $25,000.00 |
| ████████<br>Laguna Beach, CA 92651 | $25,883.35 |
| █████████<br>Hulbrt, OK 74441 | $6,073.85 |
| ██████<br>Cuariton, IA 50049 | $12,941.67 |
| ████████<br>Mercer Island, WA 98040 | $208,220.00 |
| █████<br>Garland, TX 75045 | $306,641.75 |
| █████████<br>Elizabeth, CO 80107 | $24,893.75 |
| ████████<br>Elizabeth, C O 80107 | $51,766.69 |
| ████████<br>Houston, TX 77064 | $26,027.58 |
| ██████<br>Phoenix, AZ 85087 | $12,941.67 |
| ███████<br>Lizella, GA 31052 | $12,428.46 |
| ████████<br>Grand Rapids, MI 49546 | $50,000.00 |
| ██████<br>Chanhassen, MN 55317 | $50,000.00 |
| ██████<br>Chanhassen, MN 55317 | $50,000.00 |

| Investor Name | Total Amt. Invested |
|---|---|
| ██████ Mission Viejo, CA 92692 | $26,027.58 |
| ████████ Indianapolis, IN 46241 | $25,000.00 |
| ██████ Coeur d' Alene, ID 83814 | $25,883.34 |
| ██████ Coeur d' Alene, ID 83814 | $51,766.69 |
| ██████ Greenville, SC 29601 | $100,000.00 |
| ██████ Pero, IN 46970 | $12,941.67 |
| ██████ Pero, IN 46970 | $127,938.52 |
| ████████ Williamville, NY 14221 | $12,500.00 |
| █████████ Maharashtra 410210 | $12,147.70 |
| ██████████ Denton, TX 76210 | $12,941.50 |
| ████ Fairview, MT 59221 | $12,147.70 |
| ██████ Virginia Beach, VA 23464 | $6,254.61 |
| ██████ Virginia Beach, VA 23464 | $6,254.61 |
| ██████ Dodge City, KS 67801 | $12,500.00 |
| ██████ Dodge City, KS 67801 | $12,500.00 |
| █████ Payne, OH 45880 | $12,500.00 |
| ██████ Chesapeake, VA 23722 | $103,821.18 |

| Investor Name | Total Amt. Invested |
|---|---|
| ████████ Lubbock, TX  79423 | $12,147.10 |
| ████████ Sardinia, OH  45171 | $65,000.00 |
| ████████ Lubbock, TX  79423 | $64,339.37 |
| ████████ Lubbock, TX  79423 | $12,147.70 |
| ████████ Irving, TX  75060 | $12,147.70 |
| ████████ Spring, TX  77388 | $25,000.00 |
| ████████ Seneca, KS  66538 | $12,147.70 |
| ████████ Seneca, KS  66538 | $63,741.03 |
| ████████ Stoughton, WI  53589 | $52,055.17 |
| ████████ San Antonio, TX  78209 | $12,147.70 |
| ████████ Centennial, CO  80122 | $103,533.38 |
| ████████ Houston, TX  77024 | $25,018.45 |
| ████████ Houston, TX  77024 | $12,509.23 |
| ████████ Manhattan Beach, CA  90266 | $26,027.50 |
| ████████ Hazle Green, AL  35750 | $50,000.00 |
| ████████ Los Lunas, NM  87031 | $25,000.00 |
| ████████ Corone del Mar, CA  92625 | $20,000.00 |

| Investor Name | Total Amt. Invested |
| --- | --- |
| ██████████<br>Corone del Mar, CA 92625 | $30,000.00 |
| ██████████<br>San Juan, TX 78589 | $51,766.69 |
| ██████████<br>Munroe Falls, OH 44262 | $13,013.15 |
| ██████████<br>Columbia, MD 21044 | $19,722.81 |
| ██████████<br>Columbia, MD 21044 | $19,722.81 |
| ██████████<br>Omaba, NE 68136 | $100,000.00 |
| ██████████<br>Omaba, NE 68136 | $103,533.38 |
| ██████████<br>Houston, TX 77024 | $9,861.41 |
| ██████████<br>Peoria, IL 61603 | $30,000.00 |
| ██████████<br>Lima, OH 45805 | $12,147.70 |
| ██████████<br>Belmond, IA 50421 | $25,883.14 |
| ██████████<br>Southlake, TX 76092 | $25,000.00 |
| ██████████<br>Southlake, TX 76092 | $25,000.00 |
| ██████████<br>Wichita, KS 67209 | $12,509.22 |
| ██████████<br>Wichita, KS 67209 | $12,328.46 |
| ██████████<br>New Braunfels, TX 78130 | $51,766.69 |
| ██████████<br>Henderson, NV 89044 | $25,883.35 |

| Investor Name | Total Amt. Invested |
|---|---|
| ███████████████ <br> Grapevine, TX  76051 | $12,941.67 |
| ███████████████ <br> Dallas, TX  75218 | $12,147.00 |
| ███████████████ <br> Dallas, TX  75218 | $48,590.80 |
| ██████████ <br> Muskogee, OK  74403 | $24,295.40 |
| ██████████ <br> Honolulu, HI  96822 | $39,445.62 |
| ██████████ <br> Honolulu, HI  96822 | $39,445.62 |
| ██████████ <br> Bicknell, IN  47512 | $25,000.00 |
| ████████████ <br> Arlington, TX  76002 | $19,720.00 |
| ████████ <br> Sundown, TX  79372 | $96,990.65 |
| ███████ <br> Colorado Springs, CO  80906 | $25,883.34 |
| █████████████ <br> Austin, TX  78701 | $12,509.23 |
| ███████████ <br> Plymouth Township, MI  48170 | $51,910.84 |
| ████████ <br> Waycross, GA  31503 | $12,147.70 |
| █████████ <br> Shallowater, TX  79363 | $13,013.75 |
| ████████ <br> Plano, TX  75026 | $104,110.00 |
| ████████ <br> Monument, CO  80132 | $12,147.70 |
| ████████████ <br> Waterloo, IA  50701 | $24,295.40 |