**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No.: 4:15-cv-00338-ALM** |
| | § | |
| **SETHI PETROLEUM, LLC and** | § | |
| **SAMEER P. SETHI,** | § | |
| | § | |
| **Defendants.** | § | |

_____

**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION  FOR SHOW**
**CAUSE HEARING TO HOLD DEFENDANT IN CONTEMPT**

On this date, the Court considered Plaintiff Securities and Exchange Commission's Emergency Motion for Show Cause Hearing to Hold Defendant in Contempt ("Motion" - Dkt. #138).

Having considered the Motion and the evidence submitted in support,

IT IS HEREBY ORDERED that Sameer P. Sethi, Praveen Sethi, and John Weber appear before the Court at 2:00 p.m. on August 1, 2016, in the courtroom of the Honorable Amos L. Mazzant, III, Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas 75090, and show just cause as to why they should not be held in civil contempt for violating the Court's May 26, 2015 Agreed Preliminary Injunction.

The Clerk is directed to mail this Order to John Weber via regular and certified mail.

IT IS SO ORDERED.

SIGNED this 11th day of July, 2016.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE