# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No.: 4:15-cv-00338-ALM |
| § | |
| SETHI PETROLEUM, LLC and § | |
| SAMEER P. SETHI, § | |
| § | |
| **Defendants.** § | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Securities and Exchange Commission's hereby provides its list of "Proposed" exhibits pursuant to the Court's Order on Joint Motion to Modify Certain Deadlines in Scheduling Order dated May 6, 2016.

| Ex. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| P-1 | Sethi Petroleum LLC 2014 Franchise Tax Public Information Report | | |
| P-2 | 2014 Private Placement Memorandum | | |
| P-3 | Sethi Financial Group Articles of Incorporation | | |
| P-4 | Sethi Financial Group Amended Articles of Incorporation | | |
| P-5 | Sethi Oil & Gas Certificate of Amendment | | |
| P-6 | Sethi Oil & Gas Certificate of Conversion | | |
| P-7 | *State of Texas v. Sethi*; Judgment of Conviction | | |
| P-8 | *State of Texas v. Sethi*; Affirmed Judgment | | |
| P-9 | *State of Texas v. Sethi*; Arrest Warrant | | |
| P-10 | Pennsylvania Securities C&D | | |
| P-11 | Colorado C&D Petition | | |
| P-12 | Colorado C&D Order | | |
| P-13 | *Colorado Securities v. Sethi*; Complaint | | |
| P-14 | *Colorado Securities v. Sethi*; Order | | |
| P-15 | Prior Sethi Petroleum LLC Forms D | | |
| P-16 | NDDF Form D | | |
| P-17 | NDDF Website Page | | |
| P-18 | NDDF Executive Summary | | |

| P-19 | NDDF Subscription Agreement | | |
|---|---|---|---|
| P-20 | Irish oil & Gas Letter – July 15, 2015 | | |
| P-21 | Irish Oil & Gas Communication – August 8, 2014 | | |
| P-22 | Sethi Submittal – July 30, 2014 | | |
| P-23 | Carrol Jones Cancellation Notice | | |
| P-24 | Rum Runner Cancellation Notice | | |
| P-25 | NDOGD Well Production Reports | | |
| P-26 | *NDDF58 v. IO&G*; Notice of Removal Attachments | | |
| P-27 | *NDDF58 v. IO&G*; Amended Complaint | | |
| P-28 | Sethi Petroleum – Texas Affiliations | | |
| P-29 | My Passion – Sameer Sethi | | |
| P-30 | Cold Call Script | | |
| P-31 | Craigslist Solicitation | | |
| P-32 | Sameer Sethi Linkedin | | |
| P-33 | Sethi Petroleum FAQ Sheet | | |
| P-34 | Sameer Sethi CRD Employment History | | |
| P-35 | Sameer Sethi CRD Registrations Summary | | |
| P-36 | Sethi Oil & Gas 2007 Franchise Tax Public Information Report | | |
| P-37 | Sethi Oil & Gas 2009 Franchise Tax Public Information Report | | |
| P-38 | Sethi Oil & Gas 2010 Franchise Tax Public Information Report | | |
| P-39 | Bakken Patriot 3&4 PPM | | |
| P-40 | Bakken Patriot 3&4 Executive Summary | | |
| P-41 | Bakken Patriot 3&4 JV Agreement | | |
| P-42 | Patriot Drilling Fund LXI Form D | | |
| P-43 | Patriot Drilling Fund LXI Form D-A | | |
| P-44 | Account Statement for NDDF | | |
| P-45 | Account Statement for SPLLC | | |
| P-46 | BOA Signature Cards | | |
| P-47 | NDDF Private Placement Memorandum | | |
| P-48 | Summary of NDDF Account | | |
| P-49 | Summary of SPLLC Account | | |
| P-50 | Combined Summary of NDDF and SPLLC | | |
| P-51 | NDDF Estimated Expenses v. Actual | | |
| P-52 | Payment from Sethi Petroleum | | |
| P-53 | Business card | | |
| P-54 | FAQ Document | | |
| P-55 | Sethi Petroleum Letter – August 27, 2014 | | |
| P-56 | Well Production Chart; August – December 2014 | | |
| P-57 | Cambrian Resources Certificate of Formation | | |
| P-58 | Cambrian Resources Executive Summary | | |
| P-59 | The Commission reserves the right to amend this Exhibit List to include documents received from the Receiver | | |

*SEC v. Sethi Petroleum LLC, et al.*
Plaintiff's Exhibit List, p. 2

This case is set on the trial docket starting the week of February 13, 2017. The Court's reporter is Jan Mason and Courtroom Deputy is Debra McCord.

Dated: December 13, 2016

Respectfully submitted,

*/s/ Matthew J. Gulde*
Jessica B. Magee
Texas Bar No. 24037757
Matthew J. Gulde
Illinois Bar No. 6272325
U.S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-1410 (mjg)
(817) 978-4927 (fax)
*guldem@sec.gov*

Attorneys for Plaintiff Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. All parties were served a copy of the foregoing motion and its exhibit(s) in accordance with the Federal Rules of Civil Procedure.

*/s/ Matthew J. Gulde*
Matthew J. Gulde