# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CASE NO. 4:15-cv-338** |
| **SETHI PETROLEUM, LLC and SAMEER P. SETHI,** | § § § § | **EXHIBIT LIST** |
| **Defendants.** | § § | |

## DEFENDANT'S TRIAL EXHIBIT LIST

Pursuant to the Court's May 6, 2016 Order on Joint Motion to Modify Certain Deadlines in Scheduling Order, Defendant Sameer P. Sethi files this Trial Exhibit List concurrent with the parties' Joint Final Pretrial Order.

| EX. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| D-1 | NDDF Private Placement Memorandum | | |
| D-2 | NDDF Subscription Document | | |
| D-3 | NDDF Executive Summary | | |
| D-4 | Sameer Sethi Series 7 Certificate | | |
| D-5 | Defendant reserves the right to amend this Exhibit List to include documents received from the Receiver. | | |

Dated this 13th day of December 2016.

Respectfully submitted,


*/s/ Adam J. Holcomb*
Adam J. Holcomb
Texas Bar No. 24097841
P.O. Box 830284
Richardson, Texas 75083
Phone: (316) 680-3576
Fax: (214) 380-9406
adam.j.holcomb@lawyer.com

**ATTORNEY FOR DEFENDANT
SAMEER P. SETHI**


## CERTIFICATE OF SERVICE

On December 13, 2016, this document was served on all parties by filing through the Court's Electronic Filing System.

*/s/ Adam J. Holcomb*
Adam J. Holcomb