**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | CASE NO. 4:15-cv-338 |
| v. | § § | WITNESS LIST |
| SETHI PETROLEUM, LLC and SAMEER P. SETHI, | § § § | |
| Defendants. | § § | |

## DEFENDANT'S TRIAL WITNESS LIST

Pursuant to the Court's May 6, 2016 Order on Joint Motion to Modify Certain Deadlines in Scheduling Order, Defendant Sameer P. Sethi files this Trial Witness List concurrent with the parties' Joint Final Pretrial Order.

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1 | Ahmed Abdul | | √ | |
| 2 | Adam Abeyta | | | √ |
| 3 | Scotty Alms | | √ | |
| 4 | Alan Anderson | √ | | |
| 5 | Sam Banks | | | √ |
| 6 | Ryan Bellamy | | √ | |
| 7 | Hanes Chatham | | | √ |
| 8 | Michael Cimalek | | √ | |
| 9 | Diane Hardin Ciomperlik | | | √ |
| 10 | Jonathan Cook | | | √ |
| 11 | Corporate Representative of DOUG Oil | | | √ |
| 12 | Corporate Representative of DrillingInfo.com | √ | | |
| 13 | Corporate Representative of JC Date | | √ | |
| 14 | Corporate Representative of NAPE Expo | | √ | |

| # | Name | | | |
|---|---|---|---|---|
| 15 | Corporate Representative of PLS Expo | | √ | |
| 16 | Corporate Representative of Spindletop Oil | | | √ |
| 17 | Leonard Davis | √ | | |
| 18 | James DeGregorio | | | √ |
| 19 | Melissa Jennings (Delgado) | √ | | |
| 20 | Anirban Dubtha | | | √ |
| 21 | Barbara Durfee | | √ | |
| 22 | Tim Furlong | | √ | |
| 23 | Chris Geise | √ | | |
| 24 | Gary Giles | √ | | |
| 25 | Rodney Giles | | √ | |
| 26 | Joseph Grammer | √ | | |
| 27 | Alex Gray | | √ | |
| 28 | Melissa Gray | | √ | |
| 29 | Missy Gray | | | √ |
| 30 | Bob Harvey | | | √ |
| 31 | Dr. Steve Hines | | √ | |
| 32 | Zach Ireland | | | √ |
| 33 | Wali Khan | | | √ |
| 34 | Jonathan Khon | | √ | |
| 35 | Peter Kim | | √ | |
| 36 | Chris Konneker | √ | | |
| 37 | Chris Konneker | √ | | |
| 38 | Cody Lee | | | √ |
| 39 | Kyle Lesak | | | √ |
| 40 | Curtis Lester | √ | | |
| 41 | Kali Lindley | | √ | |
| 42 | Chante Little | | | √ |
| 43 | Carl Maghee | | | √ |
| 44 | Mark Matty | | | √ |
| 45 | Carl Mayo | √ | | |
| 46 | Donny McClure | | | √ |
| 47 | Joan McCormick | | √ | |
| 48 | Dan Moore | | √ | |
| 49 | Rob Morgan | √ | | |
| 50 | Guy Kim Nguyen | | √ | |
| 51 | Idua Olunwa | | | √ |
| 52 | Charles Padala | | √ | |

| # | Name | | | |
|---|---|---|---|---|
| 53 | Tom Panuthos | | | √ |
| 54 | Sean Portnoy | √ | | |
| 55 | Andy Pulienda | | √ | |
| 56 | Michael Ray | | | √ |
| 57 | Jennifer Riley | | | √ |
| 58 | Bruce Robertson | | √ | |
| 59 | Erik Robison | | | √ |
| 60 | Bob Roth | | | √ |
| 61 | Paul Saffin | | √ | |
| 62 | Lauren Seagar | √ | | |
| 63 | Mario Shane | | | √ |
| 64 | Bill Shaver | √ | | |
| 65 | Marc Sherma | | √ | |
| 66 | Jason Smith | | | √ |
| 67 | Kari Smitherman | √ | | |
| 68 | Jeff Sparrow | | √ | |
| 69 | Megan Stoner | | | √ |
| 70 | Adisu Tadessa | | | √ |
| 71 | Chris Walls | | | √ |
| 72 | Eddie Watson | √ | | |
| 73 | John Weber | √ | | |
| 74 | Marty White | | √ | |
| 75 | Matt Wilcosxon | | √ | |
| 76 | Biju Xavier | | √ | |
| 77 | Joi Young | | | √ |

Dated this 13th day of December 2016.

Respectfully submitted,

*/s/ Adam J. Holcomb*
Adam J. Holcomb
Texas Bar No. 24097841
P.O. Box 830284
Richardson, Texas 75083
Phone: (316) 680-3576
Fax: (214) 380-9406
adam.j.holcomb@lawyer.com

**ATTORNEY FOR DEFENDANT
SAMEER P. SETHI**

**CERTIFICATE OF SERVICE**

On December 13, 2016, this document was served on all parties by filing through the Court's Electronic Filing System.

*/s/ Adam J. Holcomb*
Adam J. Holcomb