**Anne D. Weiler**

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Monday, August 22, 2016 12:16 PM |
| **To:** | 'mpyeatt@gardere.com'; 'attorney@anthonygreenlaw.com'; 'mhaynes@gardere.com'; Joshua M. Sandler |
| **Cc:** | Jacob M. Stephens; Montye B. Holmes; Beth Davis; Jennifer K. Baumann |
| **Subject:** | Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |
| **Attachments:** | agreed motion.DOCX |

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

EXHIBIT
C-1

**Anne D. Weiler**

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Monday, August 22, 2016 1:46 PM |
| **To:** | tscannell@gardere.com |
| **Subject:** | FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |
| **Attachments:** | agreed motion.DOCX |

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in
the next day or two.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com



## INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

## Anne D. Weiler

| | |
|---|---|
| **From:** | Scannell, Thomas <tscannell@gardere.com> |
| **Sent:** | Monday, August 22, 2016 5:49 PM |
| **To:** | Pat Huttenbach |
| **Cc:** | Pyeatt, Matt; Haynes, Michael |
| **Subject:** | RE: Sethi - new interpleader motion |

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach | [x] | Bio | vCard

HIRSCH & WESTHEIMER

**Celebrating Our 100th Year**

1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com



EXHIBIT
C-3

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in
the next day or two.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged
and intended only for the use of the person to whom it is addressed. If the reader of this message is not the

named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

*************************************************

**Anne D. Weiler**

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Tuesday, August 23, 2016 2:20 PM |
| **To:** | Scannell, Thomas |
| **Cc:** | Pyeatt, Matt; Haynes, Michael; Joshua M. Sandler |
| **Subject:** | RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

-    Tom

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | **Bio** | vCard
*********************************

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

EXHIBIT
C-4

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

### INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

**Anne D. Weiler**

| | |
|---|---|
| **From:** | Scannell, Thomas <tscannell@gardere.com> |
| **Sent:** | Tuesday, August 23, 2016 2:25 PM |
| **To:** | Pat Huttenbach |
| **Cc:** | Pyeatt, Matt; Haynes, Michael; Joshua M. Sandler |
| **Subject:** | RE: Sethi - new interpleader motion |
| | |
| **FilingDate:** | 8/24/2016 6:46:00 PM |

Understood. Thanks, Pat.  I'll let you know as soon as I get an answer from the Receiver.


**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; Joshua M. Sandler
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com



1

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**
t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
*****************************************

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in
the next day or two.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged
and intended only for the use of the person to whom it is addressed. If the reader of this message is not the
named recipient or an employee or agent responsible for delivering this message to the named recipient,
please notify us immediately that you have received the message in error. Then delete this message and any
accompanying documents without copying or reading them. You are hereby notified that any review,
disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is
strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other
defect that might affect any computer system into which it is received and opened, it is the responsibility of

the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

**Anne D. Weiler**

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Wednesday, August 24, 2016 11:12 AM |
| **To:** | Scannell, Thomas |
| **Cc:** | Montye B. Holmes |
| **Subject:** | RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |
| **Attachments:** | ANBTX000025-ANBTX000042 - HW Invoices_Redacted.PDF |

Tom:
You said the Receiver wanted to see redacted invoices before agreeing to the motion, and here are the ones already produced.

Montye, please send him the rest of the redacted invoices.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER

**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Tuesday, August 23, 2016 2:25 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion

Understood. Thanks, Pat.  I'll let you know as soon as I get an answer from the Receiver.

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
*****************************************



NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard

copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; Joshua M. Sandler
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | 🔗 | Bio | vCard
HIRSCH & WESTHEIMER



**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

### INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

## Anne D. Weiler

| | |
|---|---|
| **From:** | Scannell, Thomas <tscannell@gardere.com> |
| **Sent:** | Friday, August 26, 2016 5:39 PM |
| **To:** | Montye B. Holmes |
| **Cc:** | Pat Huttenbach |
| **Subject:** | RE: Sethi - new interpleader motion |

Thanks. I'll discuss with the Receiver and hopefully have an answer for you on Monday.

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
*****************************************
NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Montye B. Holmes [mailto:mholmes@hirschwest.com]
**Sent:** Friday, August 26, 2016 4:16 PM
**To:** Scannell, Thomas
**Cc:** Pat Huttenbach
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Mr. Scannell,

Per Mr. Huttenbach's instructions, attached are the additional redacted invoices.

If you have any questions, please do not hesitate to contact our office.

Thank you.

Montye Holmes, ACP
NALA Certified Paralegal
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Tx 77002
T. 713.220.9177 F. 713.223.9319
mholmes@hirschwest.com



EXHIBIT
C-7

1

**From:** Pat Huttenbach
**Sent:** Wednesday, August 24, 2016 11:12 AM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Montye B. Holmes <mholmes@hirschwest.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Tom:
You said the Receiver wanted to see redacted invoices before agreeing to the motion, and here are the ones already produced.

Montye, please send him the rest of the redacted invoices.

Thanks,
Pat

William "Pat" Huttenbach | 🖼 | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Tuesday, August 23, 2016 2:25 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion

Understood. Thanks, Pat.  I'll let you know as soon as I get an answer from the Receiver.

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; Joshua M. Sandler
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER

[x]         Celebrating Our 100th Year
            1415 Louisiana, 36th Floor, Houston, Texas 77002
            T. 713 220 9184 F. 713 223 9319
            phuttenbach@hirschwest.com
            hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM

**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach | ⬛| Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach | ⬛| Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in
the next day or two.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T, 713 220 9184 F, 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

### INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

## Anne D. Weiler

| | |
|---|---|
| **From:** | Scannell, Thomas <tscannell@gardere.com> |
| **Sent:** | Monday, August 29, 2016 12:12 PM |
| **To:** | Montye B. Holmes |
| **Cc:** | Pat Huttenbach |
| **Subject:** | RE: Sethi - new interpleader motion |

Thank you for forwarding.  We will review with the Receiver today and hopefully have a response to you shortly.

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

<u>LinkedIn</u> | <u>Twitter</u> | <u>Bio</u> | <u>vCard</u>
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Montye B. Holmes [mailto:mholmes@hirschwest.com]
**Sent:** Friday, August 26, 2016 4:16 PM
**To:** Scannell, Thomas
**Cc:** Pat Huttenbach
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Mr. Scannell,

Per Mr. Huttenbach's instructions, attached are the additional redacted invoices.

If you have any questions, please do not hesitate to contact our office.

Thank you.

Montye Holmes, ACP
NALA Certified Paralegal
HIRSCH & WESTHEIMER

 Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Tx 77002
T. 713 220 9177 F. 713 223 9319
mholmes@hirschwest.com


EXHIBIT
L-8

**From:** Pat Huttenbach
**Sent:** Wednesday, August 24, 2016 11:12 AM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Montye B. Holmes <mholmes@hirschwest.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Tom:
You said the Receiver wanted to see redacted invoices before agreeing to the motion, and here are the ones already produced.

Montye, please send him the rest of the redacted invoices.

Thanks,
Pat



William "Pat" Huttenbach | | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Tuesday, August 23, 2016 2:25 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion

Understood. Thanks, Pat.  I'll let you know as soon as I get an answer from the Receiver.


**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; Joshua M. Sandler
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition. My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in
the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
[x] 1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5

## Anne D. Weiler

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Wednesday, August 31, 2016 3:23 PM |
| **To:** | 'Scannell, Thomas' |
| **Cc:** | 'Pyeatt, Matt'; 'Haynes, Michael'; 'Joshua M. Sandler' |
| **Subject:** | RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |

Any word yet?

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler
<JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from
the Receiver on this request.  Thanks, Pat.

1

EXHIBIT
C-9

- Tom

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler'
<JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis'
<bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion
to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file
this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-
opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this
matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in
the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫᛫

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged
and intended only for the use of the person to whom it is addressed. If the reader of this message is not the
named recipient or an employee or agent responsible for delivering this message to the named recipient,
please notify us immediately that you have received the message in error. Then delete this message and any
accompanying documents without copying or reading them. You are hereby notified that any review,
disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is
strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other
defect that might affect any computer system into which it is received and opened, it is the responsibility of
the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss
or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This
written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of
avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch &
Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

## Anne D. Weiler

**From:** Scannell, Thomas <tscannell@gardere.com>
**Sent:** Wednesday, August 31, 2016 6:50 PM
**To:** Pat Huttenbach
**Cc:** Pyeatt, Matt; Haynes, Michael
**Subject:** RE: Sethi - new interpleader motion

Pat,

I apologize for the delay.  The Receiver is still evaluating your invoices.  If you must proceed with filing your motion, please indicate that the Receiver is undecided at this point and reserves the right to file an objection.

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Wednesday, August 31, 2016 3:23 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; 'Joshua M. Sandler'
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Any word yet?

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard

HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com



1

**From:** Pat Huttenbach
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
*********************************

NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM

**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com' <attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler' <JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis' <bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure– This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Anne D. Weiler**

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Thursday, September 01, 2016 10:26 AM |
| **To:** | Scannell, Thomas |
| **Cc:** | Pyeatt, Matt; Haynes, Michael |
| **Subject:** | RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |

When can you let me know?  If there is an objection, I cannot file that motion.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Wednesday, August 31, 2016 6:50 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

Pat,

I apologize for the delay.  The Receiver is still evaluating your invoices.  If you must proceed with filing your motion, please indicate that the Receiver is undecided at this point and reserves the right to file an objection.

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY



LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Wednesday, August 31, 2016 3:23 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; 'Joshua M. Sandler'
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Any word yet?

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom

**Thomas Scannell**
t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com' <attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler' <JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis' <bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion to end my client's involvement. The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-opposition. My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this matter. I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in the next day or two.

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T: 713 220 9184 F: 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

## Anne D. Weiler

| | |
|---|---|
| **From:** | Scannell, Thomas <tscannell@gardere.com> |
| **Sent:** | Thursday, September 01, 2016 11:19 AM |
| **To:** | Pat Huttenbach |
| **Cc:** | Pyeatt, Matt; Haynes, Michael |
| **Subject:** | Re: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |

I'll do my best to get a final answer from the receiver as soon as possible.


Sent from my iPhone

On Sep 1, 2016, at 10:25 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> When can you let me know?  If there is an objection, I cannot file that motion.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach |  Bio | vCard
> HIRSCH & WESTHEIMER
> Celebrating Our 100th Year
> 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com
>
> **From:** Scannell, Thomas [mailto:tscannell@gardere.com]
> **Sent:** Wednesday, August 31, 2016 6:50 PM
> **To:** Pat Huttenbach <whuttenbach@hirschwest.com>
> **Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
> **Subject:** RE: Sethi - new interpleader motion
>
> Pat,
>
> I apologize for the delay.  The Receiver is still evaluating your invoices.  If you must proceed with filing your motion, please indicate that the Receiver is undecided at this point and reserves the right to file an objection.
>
>
> **Thomas Scannell**
> t 214.999.4289   f 214.999.3289
> 3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201
>
> <image001.png>
>
> AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY
>
> LinkedIn | Twitter | Bio | vCard
> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
> NOTICE BY GARDERE WYNNE SEWELL LLP



EXHIBIT
C-12

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Wednesday, August 31, 2016 3:23 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; 'Joshua M. Sandler'
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Any word yet?

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M. Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok. Please let me know. Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>

2

**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom


**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201


<image001.png>

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY


LinkedIn | Twitter | Bio | vCard
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.


Thanks,
Pat


William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com' <attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M. Sandler' <JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes' <mholmes@hirschwest.com>; 'Beth Davis' <bdavis@hirschwest.com>; 'Jennifer K. Baumann' <jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new Agreed/Unopposed Motion to end my client's involvement.  The new attorney for the Sethi Interpleader Defendants, Josh Sandler, has agreed to file this enclosed motion on behalf of his clients, and I will be calling you today to confirm your opposition or non-opposition.  My client has agreed to not seek a large chunk of its fees and costs to be able to end its involvement in this matter.  I still need to finalize the certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want to file this in the next day or two.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

*******************************************************

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or ot

defect that might affect any computer system into which it is received and opened, it is the responsibility
the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any l
or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. T
written advice is not intended or written to be used, and it cannot be used, by any person for the purpose
avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsc
Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspici
content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered receiv
if confirmed by a return receipt.

## Anne D. Weiler

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Friday, September 09, 2016 5:04 PM |
| **To:** | Scannell, Thomas |
| **Cc:** | Pyeatt, Matt; Haynes, Michael |
| **Subject:** | RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240] |

Still no word?  The Receiver did not object the first time, and now we are seeking less in fees due to a settlement.  When can I get an answer?

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
 1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Thursday, September 01, 2016 11:19 AM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** Re: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

I'll do my best to get a final answer from the receiver as soon as possible.


Sent from my iPhone

On Sep 1, 2016, at 10:25 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> When can you let me know?  If there is an objection, I cannot file that motion.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | in | Bio | vCard
> HIRSCH & WESTHEIMER
> Celebrating Our 100th Year
>  1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com

**EXHIBIT**
**C-13**

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Wednesday, August 31, 2016 6:50 PM

**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

Pat,

I apologize for the delay.  The Receiver is still evaluating your invoices.  If you must proceed with filing your motion, please indicate that the Receiver is undecided at this point and reserves the right to file an objection.

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

<image001.png>

A U S T I N  |  D A L L A S  |  D E N V E R  |  H O U S T O N  |  M E X I C O   C I T Y

LinkedIn | Twitter | Bio | vCard
**********************************************

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Wednesday, August 31, 2016 3:23 PM
**To:** Scannell, Thomas
**Cc:** Pyeatt, Matt; Haynes, Michael; 'Joshua M. Sandler'
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Any word yet?

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Tuesday, August 23, 2016 2:20 PM
**To:** Scannell, Thomas <tscannell@gardere.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>; Joshua M.

Sandler <JSandler@lynnllp.com>
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Ok.  Please let me know.  Josh and I want to file the motion in the next day or so.

Thanks,
Pat

William "Pat" Huttenbach | [in] | Bio | vCard
**HIRSCH & WESTHEIMER**
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Monday, August 22, 2016 5:49 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Pyeatt, Matt <mpyeatt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** RE: Sethi - new interpleader motion

We have asked for the Receiver's position on this.  We are awaiting a response.  We'll advise as soon as we hear from the Receiver on this request.  Thanks, Pat.

- Tom


**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

<image001.png>

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTICE BY GARDERE WYNNE SEWELL LLP
This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, August 22, 2016 2:15 PM
**To:** Scannell, Thomas
**Subject:** RE: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

P.S. Matt Gulde called me back and we discussed the issues and he is not opposed.

3

Thanks,
Pat

William "Pat" Huttenbach | [in] | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 1:46 PM
**To:** 'tscannell@gardere.com' <tscannell@gardere.com>
**Subject:** FW: Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

Here is the motion per our discussion.

Thanks,
Pat

William "Pat" Huttenbach | [in] | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Monday, August 22, 2016 12:16 PM
**To:** 'mpyeatt@gardere.com' <mpyeatt@gardere.com>; 'attorney@anthonygreenlaw.com'
<attorney@anthonygreenlaw.com>; 'mhaynes@gardere.com' <mhaynes@gardere.com>; 'Joshua M.
Sandler' <JSandler@lynnllp.com>
**Cc:** 'Jacob M. Stephens' <jstephens@hirschwest.com>; 'Montye B. Holmes'
<mholmes@hirschwest.com>; 'Beth Davis' <bdavis@hirschwest.com>; 'Jennifer K. Baumann'
<jbaumann@hirschwest.com>
**Subject:** Sethi - new interpleader motion [IWOV-HIRSCHWEST.FID361240]

You should have seen the Court's orders earlier today, and please see the draft of the new
Agreed/Unopposed Motion to end my client's involvement.  The new attorney for the Sethi Interpleader
Defendants, Josh Sandler, has agreed to file this enclosed motion on behalf of his clients, and I will be
calling you today to confirm your opposition or non-opposition.  My client has agreed to not seek a large
chunk of its fees and costs to be able to end its involvement in this matter.  I still need to finalize the
certificate of conference with each of you.

If I cannot reach you on the phone, please send me an email confirming your position as Josh and I want
to file this in the next day or two.

Thanks,

Pat

William "Pat" Huttenbach |  | Bio | vCard

**HIRSCH & WESTHEIMER**

**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileg
and intended only for the use of the person to whom it is addressed. If the reader of this message is not
named recipient or an employee or agent responsible for delivering this message to the named recipie
please notify us immediately that you have received the message in error. Then delete this message and
accompanying documents without copying or reading them. You are hereby notified that any revi
disclosure, copying distribution, or the taking of any action in reliance on the contents of this informatio
strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or ot
defect that might affect any computer system into which it is received and opened, it is the responsibility
the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any
or damage arising in any way from its use.

**Treasury Circular 230 Disclosure-** This disclosure is provided to comply with Treasury Circular 230. T
written advice is not intended or written to be used, and it cannot be used, by any person for the purpos
avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirso
Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspici
content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered recei
if confirmed by a return receipt.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Anne D. Weiler

**From:** Pat Huttenbach
**Sent:** Tuesday, September 27, 2016 9:15 AM
**To:** Helt, Marcus
**Subject:** Re: ANB - Interpleader [IWOV-HIRSCHWEST.FID361240]

Thanks again for listening to me on Friday. Did you make your final decision on whether to oppose the motion to end my clients involvement?

Thanks
Pat

Sent from my iPhone

On Sep 23, 2016, at 8:37 AM, Helt, Marcus <mhelt@gardere.com> wrote:

> Ok
>
> Sent from my iPhone
>
> On Sep 23, 2016, at 8:29 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:
>
> > 11:15?  I am on my cell. 713-799-1341.
> >
> > Thanks
> > Pat
> >
> > Sent from my iPhone
> >
> > On Sep 23, 2016, at 8:25 AM, Helt, Marcus <mhelt@gardere.com> wrote:
> >
> > > I will call you this morning.
> > >
> > > What time works?
> > >
> > > Sent from my iPhone
> > >
> > > On Sep 23, 2016, at 8:02 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:
> > >
> > > > I called and left a message for him.
> > > >
> > > > Thanks
> > > > Pat
> > > >
> > > > Sent from my iPhone
> > > >
> > > > On Sep 21, 2016, at 11:14 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:



EXHIBIT
C-14

1

At what number should I call?

Thanks,
Pat

William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas
[mailto:tscannell@gardere.com]
**Sent:** Wednesday, September 21, 2016
5:38 PM
**To:** Pat Huttenbach
<whuttenbach@hirschwest.com>
**Subject:** RE: ANB - Interpleader

I'm out of pocket tomorrow, but
Marcus said he'd like to discuss with
you. He told me he'd be available any
time tomorrow afternoon. Feel free to
give him a shout at your convenience.

**Thomas Scannell**

t 214.999.4289   f 214.999.3289

3000 Thanksgiving Tower, 1601 Elm Street,
Dallas, Texas 75201

<image001.png>

AUSTIN | DALLAS | DENVER | HOUSTON | MEXI
CO CITY

LinkedIn | Twitter | Bio | vCard
*********************************
****

NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached
document, contains information from the
law firm of Gardere Wynne Sewell LLP that
is confidential and/or privileged, or may
contain attorney work product.  The
information is intended only for the use of
the addressee named above.  If you are not
the intended recipient, you are hereby
notified that any disclosure, copying,
distribution or the taking of any action in
reliance on the contents of this message or
its attachments is strictly prohibited, and
may be unlawful.  If you have received this
message in error, please delete all
electronic copies of this message and its
attachments, if any, destroy any hard
copies you may have created, without
disclosing the contents, and notify the

sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

---

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Wednesday, September 21, 2016 5:35 PM
**To:** Scannell, Thomas
**Subject:** Re: ANB - Interpleader

I am at the Texas association of bank counsel meeting in Austin. What time do you want to speak, and I can try to step out.

Thanks
Pat

Sent from my iPhone

On Sep 21, 2016, at 4:39 PM, Scannell, Thomas <tscannell@gardere.com> wrote:

> Pat,
>
> I just tried you at the office.  Are you available tomorrow afternoon for a call with the Receiver to discuss?
>
> -   Tom
>
>
> **Thomas Scannell**
> t 214.999.4289   f 214.999.3289
>
> 3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201
>
>
> <image001.png>
>
> AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY
>
> LinkedIn | Twitter | Bio | vCard
> * * * * * * * * * * * * * * * * * * * *
> * * * * * * * * * * * * * * * * * *

NOTICE BY GARDERE
WYNNE SEWELL LLP

This message, as well as
any attached document,
contains information from
the law firm of Gardere
Wynne Sewell LLP that is
confidential and/or
privileged, or may contain
attorney work
product.  The information
is intended only for the
use of the addressee
named above.  If you are
not the intended recipient,
you are hereby notified
that any disclosure,
copying, distribution or
the taking of any action in
reliance on the contents of
this message or its
attachments is strictly
prohibited, and may be
unlawful.  If you have
received this message in
error, please delete all
electronic copies of this
message and its
attachments, if any,
destroy any hard copies
you may have created,
without disclosing the
contents, and notify the
sender
immediately.  Unintended
transmission does not
constitute waiver of the
attorney-client privilege or
any other privilege.

Unless expressly stated
otherwise, nothing
contained in this message
should be construed as a
digital or electronic
signature, nor is it
intended to reflect an
intention to make an
agreement by electronic
means.

## Anne D. Weiler

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Saturday, October 01, 2016 2:06 AM |
| **To:** | 'Scannell, Thomas' |
| **Cc:** | Helt, Marcus; Haynes, Michael |
| **Subject:** | RE: ANB - Interpleader [IWOV-HIRSCHWEST.FID361240] |

Marcus:
Did you reach a final decision, and can I file the motion as unopposed?

Thanks,
Pat

William "Pat" Huttenbach | [in] | Bio | vCard
HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Scannell, Thomas [mailto:tscannell@gardere.com]
**Sent:** Wednesday, September 21, 2016 4:39 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Helt, Marcus <mhelt@gardere.com>; Haynes, Michael <mhaynes@gardere.com>
**Subject:** ANB - Interpleader

Pat,

I just tried you at the office.  Are you available tomorrow afternoon for a call with the Receiver to discuss?

-   Tom

**Thomas Scannell**
t 214.999.4289   f 214.999.3289
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201

# GARDERE

AUSTIN | DALLAS | DENVER | HOUSTON | MEXICO CITY

LinkedIn | Twitter | Bio | vCard
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTICE BY GARDERE WYNNE SEWELL LLP

This message, as well as any attached document, contains information from the law firm of Gardere Wynne Sewell LLP that is confidential and/or privileged, or may contain attorney work product.  The information is intended only for the use of the addressee named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

EXHIBIT
C-15

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.