## Beth Davis

**From:** Jason Vanacour <jvanacour@vanacourperkins.com>
**Sent:** Wednesday, October 05, 2016 5:37 PM
**To:** Pat Huttenbach; Joshua M. Sandler; Kevin Perkins
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We do not agree to the "agreed motion". We have been trying to figure out the benefits for our client with this "agreed motion" and why we would agree to it and will not agree unless we think it is beneficial for our client to do so. But to be clear, we do not agree to anything be filed.

As for the motion to withdraw, it is unclear on what basis you would have objected other than your client did not get what it wanted.  The "agreed motion" was never filed because there was no agreement. If you feel you must file something regarding the motion to withdraw that is your prerogative, but as you know it stated you may oppose when we filed the motion.

Currently, we have a mediation in this matter tomorrow and think it would be wise for us all to discuss this matter on Friday before anything is done.

Thank you,
Jason


**Jason Vanacour**
Attorney at Law



**Vanacour Perkins PLLC**
t. 972-865-6033
f. 972-476-1109
e. jvanacour@vanacourperkins.com



Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

IRS Circular 230 Required Notice-IRS regulations require that we inform you as follows. Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s).

**From:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Date:** Wednesday, October 5, 2016 at 5:08 PM
**To:** "Joshua M. Sandler" <JSandler@lynnllp.com>, Kevin Perkins <kperkins@vanacourperkins.com>, Jason Vanacour <jvanacour@vanacourperkins.com>

**Subject:** ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Please see attached.



William "Pat" Huttenbach | Bio | 🔗
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor  Houston, Texas 77002
T. 713 220 9184    F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

Download vCard

ⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧ

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

ⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧⲧ

## Beth Davis

| | |
|---|---|
| **From:** | Pat Huttenbach <whuttenbach@hirschwest.com> |
| **Sent:** | Wednesday, October 05, 2016 5:47 PM |
| **To:** | Jason Vanacour; Joshua M. Sandler; Kevin Perkins |
| **Subject:** | RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240] |

I just want to make sure I understand your position. I disagree with your statement about why the agreed motion was not filed, and the agreed motion was not filed because the Receiver had not said he would oppose or not oppose same. I have sent multiple emails and had several calls trying to get a final position from the Receiver.

Josh had already approved the form and substance of the motion and proposed order on behalf of your clients. He had also send an email to the court's clerk confirming this agreement (and I will forward a copy of those emails). You are now apparently going to knowingly breach this settlement, and I just want to make sure I will be advising the court accordingly if you are truly going to not agree to the motion.

I am not trying to do anything other than to end my client's involvement and it sounds like you guys will now be objecting to a settlement you had already agreed to do. I urge you to speak with Josh and work this out. I also wish you luck at the mediation.

Thanks,
Pat

William "Pat" Huttenbach | ☒ Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 5:37 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>; Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We do not agree to the "agreed motion". We have been trying to figure out the benefits for our client with this "agreed motion" and why we would agree to it and will not agree unless we think it is beneficial for our client to do so. But to be clear, we do not agree to anything be filed.

As for the motion to withdraw, it is unclear on what basis you would have objected other than your client did not get what it wanted. The "agreed motion" was never filed because there was no agreement. If you feel you must file something regarding the motion to withdraw that is your prerogative, but as you know it stated you may oppose when we filed the motion.

EXHIBIT
D-2

Currently, we have a mediation in this matter tomorrow and think it would be wise for us all to discuss this matter on Friday before anything is done.

Thank you,
Jason


**Jason Vanacour**
Attorney at Law



**Vanacour Perkins PLLC**
**t.** 972-865-6033
**f.** 972-476-1109
**e.** jvanacour@vanacourperkins.com

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

IRS Circular 230 Required Notice-IRS regulations require that we inform you as follows. Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s).

---

**From:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Date:** Wednesday, October 5, 2016 at 5:08 PM
**To:** "Joshua M. Sandler" <JSandler@lynnllp.com>, Kevin Perkins <kperkins@vanacourperkins.com>, Jason Vanacour <jvanacour@vanacourperkins.com>
**Subject:** ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Please see attached.



William "Pat" Huttenbach | Bio |
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor  Houston, Texas 77002
T. 713 220 9184   F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

Download vCard

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified

that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230.  This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person.  No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.



HIRSCH & WESTHEIMER
*Attorneys and Counselors*

T. 713.220.9184
F. 713.223.9319
phuttenbach@hirschwest.com

October 5, 2016

*Via Email: jsandler@lynnllp.com*
Joshua M. Sandler
LYNN PINKER COX HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201

*Via Email:*
*jvanacour@vanacourperkins.com*
Jason Vanacour
VANACOUR PERKINS PLLC
14675 Midway Road, Suite 100
Addison, Texas  75001-3500

*Via Email:*
*kperkins@vanacourperkins.com*
Kevin Perkins
VANACOUR PERKINS PLLC
14675 Midway Road, Suite 100
Addison, Texas  75001-3500

Re:   Civil Action No. 4:15:CV-338-ALM; *Securities and Exchange Commission vs. Sethi Petroleum, LLC and Sameer P. Sethi*; In the United States District Court for the Eastern District of Texas, Sherman Division.

Civil Action No. 4:15:cv-00760-ALM; *Marcus A. Helt, Receiver for Sethi Petroleum, LLC and Sameer P. Sethi vs. Sambina Properties, Ltd., Sambina Brookview Center, Ltd., Sambina Homes, Ltd. and Sambina Trust*; In the United States District Court for the Eastern District of Texas, Sherman Division.

Dear Josh, Kevin, and Jason:

I know I have spoken to both of you with regard to Mr. Sandler withdrawing as counsel and Mr. Perkins and Mr. Vanacour now being the new counsel for the Sethi Interpleader Defendants. It was my understanding, that Mr. Sandler had confirmed our prior agreements and understandings with the new counsel before he withdrew. If I am mistaken, please immediately advise both me and the Court as the Motion to Withdraw was not listed as opposed (I had told Josh that my client opposed his motion if the settlement was not complied with).

October 5, 2016
Page 2

I have been waiting for approximately six weeks with the Receiver to decide whether or not to oppose our proposed joint motion. I plan to go ahead and file the motion and list the Receiver as possibly opposed if I do not hear back from the Receiver in the next few days. The last time I spoke with the Receiver, the Receiver said that he likely was not going to oppose the motion. The only change will be to the Certificate of Service with the new attorneys. Again, I assume that your clients are still agreement to this motion, and if not, please let me know by Friday as I plan to file the enclosed Motion on Friday, October 7, 2016.

If you have any other questions or comments, please do not hesitate to call.

Very truly yours,

HIRSCH & WESTHEIMER, P.C.

By: _Pat Huttenbach/JR_

William "Pat" Huttenbach

WPH/jkb
Enclosure

**Pat Huttenbach**

| | |
|---|---|
| **From:** | Pat Huttenbach <whuttenbach@hirschwest.com> |
| **Sent:** | Wednesday, October 05, 2016 6:31 PM |
| **To:** | Jason Vanacour |
| **Cc:** | Joshua M. Sandler; Kevin Perkins |
| **Subject:** | RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240] |

I will be in court on Friday morning but should be in the office in the afternoon.  I understand that as a new attorney you might not like the settlement, but I hope you will not encourage your client to breach same.  I think you know the position I will have to take with the court if the settlement falls apart, and the court may not like your client's new position after being told differently (i.e. that there was a settlement) by their prior attorney.  We can visit on Friday about this stuff.

Hopefully, you can settle tomorrow and we can file the motion and end my client's involvement in the matter as well.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 6:18 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We should talk Friday, but in response so there is no assumption we agree with your argument, we disagree with your characterizations and legal claims below.

Jason Vanacour
From my iPhone.

EXHIBIT
D-3

On Oct 5, 2016, at 5:47 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I just want to make sure I understand your position.  I disagree with your statement about why the agreed motion was not filed, and the agreed motion was not filed because the Receiver had not said he would oppose or not oppose same.  I have sent multiple emails and had several calls trying to get a final position from the Receiver.

1

Josh had already approved the form and substance of the motion and proposed order on behalf of your clients. He had also send an email to the court's clerk confirming this agreement (and I will forward a copy of those emails). You are now apparently going to knowingly breach this settlement, and I just want to make sure I will be advising the court accordingly if you are truly going to not agree to the motion.

I am not trying to do anything other than to end my client's involvement and it sounds like you guys will now be objecting to a settlement you had already agreed to do. I urge you to speak with Josh and work this out. I also wish you luck at the mediation.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
4415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 5:37 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>; Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We do not agree to the "agreed motion". We have been trying to figure out the benefits for our client with this "agreed motion" and why we would agree to it and will not agree unless we think it is beneficial for our client to do so. But to be clear, we do not agree to anything be filed.

As for the motion to withdraw, it is unclear on what basis you would have objected other than your client did not get what it wanted. The "agreed motion" was never filed because there was no agreement. If you feel you must file something regarding the motion to withdraw that is your prerogative, but as you know it stated you may oppose when we filed the motion.

Currently, we have a mediation in this matter tomorrow and think it would be wise for us all to discuss this matter on Friday before anything is done.

Thank you,
Jason

**Jason Vanacour**
Attorney at Law

**Vanacour Perkins PLLC**
t. 972-865-6033
f. 972-476-1109
e. jvanacour@vanacourperkins.com

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

IRS Circular 230 Required Notice-IRS regulations require that we inform you as follows. Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s).

**From:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Date:** Wednesday, October 5, 2016 at 5:08 PM
**To:** "Joshua M. Sandler" <JSandler@lynnllp.com>, Kevin Perkins <kperkins@vanacourperkins.com>, Jason Vanacour <jvanacour@vanacourperkins.com>
**Subject:** ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Please see attached.

William "Pat" Huttenbach | Bio | <image002.gif>
HIRSCH & WESTHEIMER
<image003.png>    Celebrating Our 100th Year
1415 Louisiana, 36th Floor  Houston, Texas 77002
T. 713 220 9184   F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

Download vCard

*****************************************************************

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230.  This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person.  No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

3

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

*******************************************

## Pat Huttenbach

| | |
|---|---|
| **From:** | Pat Huttenbach <whuttenbach@hirschwest.com> |
| **Sent:** | Monday, October 10, 2016 10:40 AM |
| **To:** | Jason Vanacour |
| **Cc:** | Joshua M. Sandler; Kevin Perkins |
| **Subject:** | RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240] |

I called and left a message on Friday.  Can we visit today?

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Wednesday, October 05, 2016 6:39 PM
**To:** 'Jason Vanacour' <jvanacour@vanacourperkins.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Good advice.  I hope you understand how frustrating this case has been for my client.  Plus, there is much more to this story due to stuff done by the prior attorney for your clients before Josh got involved (he had represented several times that appearances would be made and then failed to do so).

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

EXHIBIT
D-4

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 6:35 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,
Let's talk Friday afternoon. And please know that making statements like you do below does not help anything and and will not do anything to influence or force us into anything. So please refrain from further threats.

Jason Vanacour
From my iPhone.


On Oct 5, 2016, at 6:31 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I will be in court on Friday morning but should be in the office in the afternoon.  I understand that as a new attorney you might not like the settlement, but I hope you will not encourage your client to breach same.  I think you know the position I will have to take with the court if the settlement falls apart, and the court may not like your client's new position after being told differently (i.e. that there was a settlement) by their prior attorney.  We can visit on Friday about this stuff.
>
> Hopefully, you can settle tomorrow and we can file the motion and end my client's involvement in the matter as well.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | [×] Bio | vCard
> HIRSCH & WESTHEIMER
> Celebrating Our 100th Year
> [×] 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com
>
> From: Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
> Sent: Wednesday, October 05, 2016 6:18 PM
> To: Pat Huttenbach <whuttenbach@hirschwest.com>
> Cc: Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
> Subject: Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]
>
> Pat,
>
> We should talk Friday, but in response so there is no assumption we agree with your argument, we disagree with your characterizations and legal claims below.
>
> Jason Vanacour
> From my iPhone.
>
>
> On Oct 5, 2016, at 5:47 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:
>
>> I just want to make sure I understand your position.  I disagree with your statement about why the agreed motion was not filed, and the agreed motion was not filed

because the Receiver had not said he would oppose or not oppose same.  I have sent multiple emails and had several calls trying to get a final position from the Receiver.

Josh had already approved the form and substance of the motion and proposed order on behalf of your clients.  He had also send an email to the court's clerk confirming this agreement (and I will forward a copy of those emails).  You are now apparently going to knowingly breach this settlement, and I just want to make sure I will be advising the court accordingly if you are truly going to not agree to the motion.

I am not trying to do anything other than to end my client's involvement and it sounds like you guys will now be objecting to a settlement you had already agreed to do.  I urge you to speak with Josh and work this out.  I also wish you luck at the mediation.

Thanks,
Pat

William "Pat" Huttenbach |  | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 5:37 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>; Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We do not agree to the "agreed motion". We have been trying to figure out the benefits for our client with this "agreed motion" and why we would agree to it and will not agree unless we think it is beneficial for our client to do so. But to be clear, we do not agree to anything be filed.

As for the motion to withdraw, it is unclear on what basis you would have objected other than your client did not get what it wanted.  The "agreed motion" was never filed because there was no agreement. If you feel you must file something regarding the motion to withdraw that is your prerogative, but as you know it stated you may oppose when we filed the motion.

Currently, we have a mediation in this matter tomorrow and think it would be wise for us all to discuss this matter on Friday before anything is done.

Thank you,
Jason

**Jason Vanacour**

Attorney at Law

<image001.png>

**Vanacour Perkins PLLC**
**t.** 972-865-6033
**f.** 972-476-1109
**e.** jvanacour@vanacourperkins.com

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

IRS Circular 230 Required Notice-IRS regulations require that we inform you as follows. Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s).

---

**From:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Date:** Wednesday, October 5, 2016 at 5:08 PM
**To:** "Joshua M. Sandler" <JSandler@lynnllp.com>, Kevin Perkins <kperkins@vanacourperkins.com>, Jason Vanacour <jvanacour@vanacourperkins.com>
**Subject:** ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Please see attached.

William "Pat" Huttenbach | Bio | <image002.gif>
HIRSCH & WESTHEIMER
<image003.png>    Celebrating Our 100th Year
1415 Louisiana, 36th Floor  Houston, Texas 77002
T. 713 220 9184    F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

Download vCard

*****************************************************

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free

and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230.  This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person.  No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

## Pat Huttenbach

| | |
|---|---|
| **From:** | Pat Huttenbach |
| **Sent:** | Tuesday, October 25, 2016 6:38 PM |
| **To:** | 'Jason Vanacour' |
| **Cc:** | 'Joshua M. Sandler'; 'Kevin Perkins' |
| **Subject:** | RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240] |

Jason:

After I got your below email, I spoke with Tom Scannell and he said he was not aware of anything, and I specifically mentioned your email about possibly hearing from the Receiver. He was unaware of anything the Receiver was supposed to discuss with me (I think I even read your email to him), and he said to simply state in the Certificate of Conference that the Receiver may or may not oppose the motion we were planning to file. I believe I left you a voicemail so stating this to you.

Then, I think I have left you 1 or 2 other voicemails after I sent the below email and left the first voicemail. To my knowledge, I have not gotten a return call or email response. I guess I will need to file a new motion with the court to try to end my client's involvement. Before I do, I wanted to ask one last time if you were going to object to the agreed motion being filed as Josh had previously agreed to do. If I do not get a "yes we agree to file the agreed motion" response from you, I will assume you are opposed and will so inform the court. You previously told me in prior emails that you wanted to discuss the issues, but I have not heard back from you.

One last issue I wanted to mention - as we have discussed on the phone, both of the prior Sethi Interpleader Defendants' attorneys said that they would make a formal appearance on behalf of their clients (so the clients would not have to be personally served and I had sent FRCP waiver of service letters). The first attorney never did so (please see my client's motion to reconsider the interpleader order as we previously discussed). Josh Sandler also then agreed to make an appearance (by filing the joint motion) and then he emailed the court to confirm the settlement (which could be construed as an appearance on their behalf).

Even if we agree to disagree on the settlement issues, can you please make a formal appearance on your clients' behalf to make a claim to the funds? I do not want to half to have the court look at the issue of two different attorneys saying to not get formal service and then a third attorney be unwilling to make a formal appearance. As I have asked repeatedly to you and prior attorneys, please help me end my client's involvement.

Again, please let me know your position on such issues.

Thanks,
Pat

William "Pat" Huttenbach | **in** | Bio | vCard
**HIRSCH & WESTHEIMER**



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com



EXHIBIT
D-5

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, October 10, 2016 11:19 AM

1

**To:** Jason Vanacour <jvanacour@vanacourperkins.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

No.  I have heard nothing.

Thanks,
Pat



William "Pat" Huttenbach | in | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Monday, October 10, 2016 10:59 AM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

Have you not received a call from the Receiver?


Jason Vanacour
From my iPhone


On Oct 10, 2016, at 10:40 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I called and left a message on Friday.  Can we visit today?
>
> Thanks,
> Pat
>
> 
>
> William "Pat" Huttenbach | in | Bio | vCard
> HIRSCH & WESTHEIMER
> Celebrating Our 100th Year
> 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com
>
> **From:** Pat Huttenbach
> **Sent:** Wednesday, October 05, 2016 6:39 PM
> **To:** 'Jason Vanacour' <jvanacour@vanacourperkins.com>

**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Good advice.  I hope you understand how frustrating this case has been for my client.  Plus, there is much more to this story due to stuff done by the prior attorney for your clients before Josh got involved (he had represented several times that appearances would be made and then failed to do so).

Thanks,
Pat

William "Pat" Huttenbach | [in] | Bio | vCard
HIRSCH & WESTHEIMER



Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 6:35 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,
Let's talk Friday afternoon. And please know that making statements like you do below does not help anything and and will not do anything to influence or force us into anything. So please refrain from further threats.

Jason Vanacour
From my iPhone.

On Oct 5, 2016, at 6:31 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I will be in court on Friday morning but should be in the office in the afternoon.  I
> understand that as a new attorney you might not like the settlement, but I hope you will
> not encourage your client to breach same.  I think you know the position I will have to
> take with the court if the settlement falls apart, and the court may not like your client's
> new position after being told differently (i.e. that there was a settlement) by their prior
> attorney.  We can visit on Friday about this stuff.
>
> Hopefully, you can settle tomorrow and we can file the motion and end my client's
> involvement in the matter as well.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | [in] | Bio | vCard

HIRSCH & WESTHEIMER

**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 6:18 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins
<kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to
reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We should talk Friday, but in response so there is no assumption we agree with your
argument, we disagree with your characterizations and legal claims below.

Jason Vanacour
From my iPhone.


On Oct 5, 2016, at 5:47 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I just want to make sure I understand your position.  I disagree with
> your statement about why the agreed motion was not filed, and the
> agreed motion was not filed because the Receiver had not said he
> would oppose or not oppose same.  I have sent multiple emails and had
> several calls trying to get a final position from the Receiver.
>
> Josh had already approved the form and substance of the motion and
> proposed order on behalf of your clients.  He had also send an email to
> the court's clerk confirming this agreement (and I will forward a copy of
> those emails).  You are now apparently going to knowingly breach this
> settlement, and I just want to make sure I will be advising the court
> accordingly if you are truly going to not agree to the motion.
>
> I am not trying to do anything other than to end my client's involvement
> and it sounds like you guys will now be objecting to a settlement you
> had already agreed to do.  I urge you to speak with Josh and work this
> out.  I also wish you luck at the mediation.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | [in] | Bio | vCard
> HIRSCH & WESTHEIMER

**HW**

Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 5:37 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>; Joshua M.
Sandler <JSandler@lynnllp.com>; Kevin Perkins
<kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit
order on motion to reconsider interpleader [IWOV-
HIRSCHWEST.FID361240]

Pat,

We do not agree to the "agreed motion". We have been trying to figure
out the benefits for our client with this "agreed motion" and why we
would agree to it and will not agree unless we think it is beneficial for
our client to do so. But to be clear, we do not agree to anything be filed.

As for the motion to withdraw, it is unclear on what basis you would
have objected other than your client did not get what it wanted.  The
"agreed motion" was never filed because there was no agreement. If
you feel you must file something regarding the motion to withdraw that
is your prerogative, but as you know it stated you may oppose when we
filed the motion.

Currently, we have a mediation in this matter tomorrow and think it
would be wise for us all to discuss this matter on Friday before anything
is done.

Thank you,
Jason


**Jason Vanacour**
Attorney at Law

<image001.png>

**Vanacour Perkins PLLC**
**t.** 972-865-6033
**f.** 972-476-1109
**e.** jvanacour@vanacourperkins.com

Information contained in this transmission is attorney privileged and confidential. It is
intended for the use of the individual or entity named above. If the reader of this
message is not the intended recipient, you are hereby notified that any dissemination,
distribution, or copy of this communication is strictly prohibited. If you have received
this communication in error, please immediately notify us by telephone.

IRS Circular 230 Required Notice-IRS regulations require that we inform you as follows. Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s).

**From:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Date:** Wednesday, October 5, 2016 at 5:08 PM
**To:** "Joshua M. Sandler" <JSandler@lynnllp.com>, Kevin Perkins <kperkins@vanacourperkins.com>, Jason Vanacour <jvanacour@vanacourperkins.com>
**Subject:** ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Please see attached.


William "Pat" Huttenbach | Bio | <image002.gif>
HIRSCH & WESTHEIMER
<image003.png>   Celebrating Our 100th Year
1415 Louisiana, 36ᵗʰ Floor  Houston, Texas 77002
T. 713 220 9184   F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

Download vCard
*******************************************************

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230.  This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person.  No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Beth Davis

| | |
|---|---|
| **From:** | Jason Vanacour <jvanacour@vanacourperkins.com> |
| **Sent:** | Wednesday, October 26, 2016 1:08 PM |
| **To:** | Pat Huttenbach |
| **Cc:** | Joshua M. Sandler; vanacourperkins Perkins |
| **Subject:** | Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240] |

Pat,

It was my understanding after our mediation that the Receiver was going to contact you and tell you they opposed the motion and that the bank should wait to file anything until we can see if the matter can be settled. Apparently, there has been a miscommunication or breakdown with the Receiver and what was conveyed at the mediation.

In any event, I know you continue to say that prior counsel agreed to the motion, but whether that is true or not, our position has changed and we do not agree to the motion as it does much more than just interplead the money. In fact, the motion apparently is an attempt by the bank to completely absolve itself from any liability for its improper actions of freezing the money in the first place by attempting to obtain a release by my client. I know you continue to say that you simply want to end your client's involvement, but there are issues with your client's actions in this matter and my client has no obligation to release your client if it is not in my client's best interest.

Also, it is worth noting that what you are calling an Agreed Motion was never an agreed motion by all parties and as such, my client has every right to change his mind. If you have any legal authority to the contrary, we would be happy to consider it.

Jason

**From:** Pat Huttenbach
**Date:** Tuesday, October 25, 2016 at 6:37 PM
**To:** Jason Vanacour
**Cc:** "Joshua M. Sandler" , vanacourperkins Perkins
**Subject:** RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Jason:
After I got your below email, I spoke with Tom Scannell and he said he was not aware of anything, and I specifically mentioned your email about possibly hearing from the Receiver. He was unaware of anything the Receiver was supposed to discuss with me (I think I even read your email to him), and he said to simply state in the Certificate of Conference that the Receiver may or may not oppose the motion we were planning to file. I believe I left you a voicemail so stating this to you.

Then, I think I have left you 1 or 2 other voicemails after I sent the below email and left the first voicemail. To my knowledge, I have not gotten a return call or email response. I guess I will need to file a new motion with the court to try to end my client's involvement. Before I do, I wanted to ask one last time if you were going to object to the agreed motion being filed as Josh had previously agreed to do. If I do not get a "yes we agree to file the agreed motion" response from you, I will assume you are opposed and will so inform the court. You previously told me in prior emails that you wanted to discuss the issues, but I have not heard back from you.

**EXHIBIT**
**D-6**

One last issue I wanted to mention - as we have discussed on the phone, both of the prior Sethi Interpleader Defendants' attorneys said that they would make a formal appearance on behalf of their clients (so the clients would not have to be personally served and I had sent FRCP waiver of service letters). The first attorney never did so (please see my client's motion to reconsider the interpleader order as we previously discussed). Josh Sandler also then agreed to make an appearance (by filing the joint motion) and then he emailed the court to confirm the settlement (which could be construed as an appearance on their behalf).

Even if we agree to disagree on the settlement issues, can you please make a formal appearance on your clients' behalf to make a claim to the funds? I do not want to half to have the court look at the issue of two different attorneys saying to not get formal service and then a third attorney be unwilling to make a formal appearance. As I have asked repeatedly to you and prior attorneys, please help me end my client's involvement.

Again, please let me know your position on such issues.

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER

**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach [mailto:whuttenbach@hirschwest.com]
**Sent:** Monday, October 10, 2016 11:19 AM
**To:** Jason Vanacour
**Cc:** Joshua M. Sandler ; Kevin Perkins
**Subject:** RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

No. I have heard nothing.

Thanks,
Pat

William "Pat" Huttenbach | [x] Bio | vCard
HIRSCH & WESTHEIMER

**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Monday, October 10, 2016 10:59 AM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>

**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

Have you not received a call from the Receiver?

Jason Vanacour
From my iPhone.


On Oct 10, 2016, at 10:40 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I called and left a message on Friday. Can we visit today?
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | [x] Bio | vCard
> HIRSCH & WESTHEIMER
> **Celebrating Our 100th Year**
> 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com
>
>
> **From:** Pat Huttenbach
> **Sent:** Wednesday, October 05, 2016 6:39 PM
> **To:** 'Jason Vanacour' <jvanacour@vanacourperkins.com>
> **Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
> **Subject:** RE: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]
>
> Good advice. I hope you understand how frustrating this case has been for my client. Plus, there is much more to this story due to stuff done by the prior attorney for your clients before Josh got involved (he had represented several times that appearances would be made and then failed to do so).
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | [x] Bio | vCard
> HIRSCH & WESTHEIMER
> **Celebrating Our 100th Year**
> 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com

3

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 6:35 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,
Let's talk Friday afternoon. And please know that making statements like you do below does not help anything and and will not do anything to influence or force us into anything. So please refrain from further threats.

Jason Vanacour
From my iPhone.


On Oct 5, 2016, at 6:31 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I will be in court on Friday morning but should be in the office in the afternoon. I understand that as a new attorney you might not like the settlement, but I hope you will not encourage your client to breach same. I think you know the position I will have to take with the court if the settlement falls apart, and the court may not like your client's new position after being told differently (i.e. that there was a settlement) by their prior attorney. We can visit on Friday about this stuff.
>
> Hopefully, you can settle tomorrow and we can file the motion and end my client's involvement in the matter as well.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | Bio | vCard
> HIRSCH & WESTHEIMER
> **Celebrating Our 100th Year**
> 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com


**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 6:18 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Cc:** Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We should talk Friday, but in response so there is no assumption we agree with your argument, we disagree with your characterizations and legal claims below.

Jason Vanacour
From my iPhone.

On Oct 5, 2016, at 5:47 PM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

I just want to make sure I understand your position. I disagree with your statement about why the agreed motion was not filed, and the agreed motion was not filed because the Receiver had not said he would oppose or not oppose same. I have sent multiple emails and had several calls trying to get a final position from the Receiver.

Josh had already approved the form and substance of the motion and proposed order on behalf of your clients. He had also send an email to the court's clerk confirming this agreement (and I will forward a copy of those emails). You are now apparently going to knowingly breach this settlement, and I just want to make sure I will be advising the court accordingly if you are truly going to not agree to the motion.

I am not trying to do anything other than to end my client's involvement and it sounds like you guys will now be objecting to a settlement you had already agreed to do. I urge you to speak with Josh and work this out. I also wish you luck at the mediation.

Thanks,
Pat

William "Pat" Huttenbach | ☒ | Bio | vCard
HIRSCH & WESTHEIMER
**Celebrating Our 100th Year**
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Jason Vanacour [mailto:jvanacour@vanacourperkins.com]
**Sent:** Wednesday, October 05, 2016 5:37 PM
**To:** Pat Huttenbach <whuttenbach@hirschwest.com>; Joshua M. Sandler <JSandler@lynnllp.com>; Kevin Perkins <kperkins@vanacourperkins.com>
**Subject:** Re: ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Pat,

We do not agree to the "agreed motion". We have been trying to figure out the benefits for our client with this "agreed motion" and why we would agree to it and will not agree unless we think it is beneficial for our client to do so. But to be clear, we do not agree to anything be filed.

As for the motion to withdraw, it is unclear on what basis you would have objected other than your client did not get what it wanted. The "agreed motion" was never filed because there was no agreement. If you feel you must file something regarding the motion to withdraw that is your prerogative, but as you know it stated you may oppose when we filed the motion.

Currently, we have a mediation in this matter tomorrow and think it would be wise for us all to discuss this matter on Friday before anything is done.

Thank you,
Jason


**Jason Vanacour**
Attorney at Law


**Vanacour Perkins PLLC**
**t.** 972-865-6033
**f.** 972-476-1109
**e.** jvanacour@vanacourperkins.com

Information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone.

IRS Circular 230 Required Notice-IRS regulations require that we inform you as follows. Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s).


**From:** Pat Huttenbach <whuttenbach@hirschwest.com>
**Date:** Wednesday, October 5, 2016 at 5:08 PM
**To:** "Joshua M. Sandler" <JSandler@lynnllp.com>, Kevin Perkins <kperkins@vanacourperkins.com>, Jason Vanacour <jvanacour@vanacourperkins.com>
**Subject:** ANBT/Sethi - ltr to counsel w/agreed motion to submit order on motion to reconsider interpleader [IWOV-HIRSCHWEST.FID361240]

Please see attached.

William "Pat" Huttenbach | Bio |

HIRSCH & WESTHEIMER

Celebrating Our 100th Year
1415 Louisiana, 36th Floor Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

Download vCard

⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are
confidential information that is legally privileged and intended
only for the use of the person to whom it is addressed. If the
reader of this message is not the named recipient or an
employee or agent responsible for delivering this message to
the named recipient, please notify us immediately that you
have received the message in error. Then delete this message
and any accompanying documents without copying or reading
them. You are hereby notified that any review, disclosure,
copying distribution, or the taking of any action in reliance on
the contents of this information is strictly prohibited. Although
this e-mail and any attachments are believed to be free of any
virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of
the recipient to ensure that it is virus free and Hirsch &
Westheimer, P.C. bears no responsibility for any loss or
damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to
comply with Treasury Circular 230. This written advice is not
intended or written to be used, and it cannot be used, by any
person for the purpose of avoiding tax penalties that may be
imposed on the person. No limitation has been imposed by
Hirsch & Westheimer, P.C. on disclosure of the tax treatment or
the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails
containing objectionable language or suspicious content.
Therefore, messages sent to an e-mail address at
hirschwest.com may only be considered received if confirmed
by a return receipt.

⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂⁂

## Pat Huttenbach

| | |
|---|---|
| **From:** | Pat Huttenbach <whuttenbach@hirschwest.com> |
| **Sent:** | Friday, November 11, 2016 6:14 PM |
| **To:** | jvanacour@vanacourperkins.com; Joshua M. Sandler; kperkins@vanacourperkins.com |
| **Cc:** | Pat Huttenbach; Jacob M. Stephens; Montye B. Holmes; Beth Davis; Jennifer K. Baumann |
| **Subject:** | ANBT/Sethi: Letter to Jason Vanacoour re various issues [IWOV-HIRSCHWEST.FID361240] |
| **Attachments:** | 2016-11-11 Letter to Jason Vanacoour re various issues.PDF |

Please see attached.

William "Pat" Huttenbach | 🖼 | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content. Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


EXHIBIT
D-7

1



HIRSCH & WESTHEIMER
*Attorneys and Counselors*

T. 713.220.9184
F. 713.223.9319
phuttenbach@hirschwest.com

November 11, 2016

*Via Email: jvanacour@vanacourperkins.com*

Jason Vanacour
VANACOUR PERKINS PLLC
14675 Midway Road, Suite 100
Addison, Texas  75001-3500

Re:   Civil Action No. 4:15:CV-338-ALM; *Securities and Exchange Commission vs. Sethi Petroleum, LLC and Sameer P. Sethi*, In the United States District Court for the Eastern District of Texas, Sherman Division.

Civil Action No. 4:15:cv-00760-ALM; *Marcus A. Helt, Receiver for Sethi Petroleum, LLC and Sameer P. Sethi vs. Sambina Properties, Ltd., Sambina Brookview Center, Ltd., Sambina Homes, Ltd. and Sambina Trust*, In the United States District Court for the Eastern District of Texas, Sherman Division.

Dear Jason:

I do not completely understand the miscommunication with regard to whether or not the Receiver is going to oppose the motion.  However, I appreciate your confirmation that your clients have changed their position with regard to this matter.  Again, I assume you have thoroughly discussed the issue with Joshua Sandler, the prior attorney.  Mr. Sandler had agreed to resolve the entire matter.   We had notified the Court of that settlement.   Plus, oral settlements are enforceable in Texas.  Are you claiming that Mr. Sandler did not have the authority to enter into a settlement?  Are you simply saying your client has a right to change their mind after agreeing to a settlement?  Again, I drafted the proposed motion and sent it to Mr. Sandler, and he approved of same.  I just need to know what your client's position will be.  If your client is trying to breach a settlement, I just need to know if that is your final position.  Please let me know your thoughts.  I understand you are the new attorney, but at the same time, my client had a settlement with the authorized representative and attorney of your client.

The other issue that I mentioned in my prior email is whether or not you are going to formally make appearances for all of the different Sethi Interpleader Defendants.  Originally, your client had an original attorney before Josh Sandler, and he agreed to make appearances.  He said on the telephone and he said so in writing.  Again, I refer you to the motion to reconsider the

Jason Vanacour
November 11, 2016
Page 2

interpleader.   In the original motion to approve interpleader, there was a footnote stating that the attorney was going to make those appearances. Bottom line, I had sent a federal rules of civil procedure waiver of service letters. I have tried to work with opposing counsel with regard to not running up the costs of trying to effectuate service to all of the different parties. Plus, Joshua Sandler had agreed to also waive service and make appearances. I do not know if his email to the Court constitutes an appearance. To my knowledge, he never filed a formal appearance.   Again, I just need to know your position as to whether or not the prior attorney's representation that appearances would be made is not binding on a new attorney.  I may need to file a motion with the Court with regard to the service costs, and the Court will then make a decision on all the fees I have incurred and service costs incurred if I have to formally serve all of your clients.  We may agree to disagree on the first issue, but hopefully you will make an appearance for all of the Sethi Interpleader Defendants so we do not have to address the service and jurisdiction issue. Can you please give me a final confirmation on this issue?

Thank you for your cooperation and courtesies.

Very truly yours,

HIRSCH & WESTHEIMER, P.C.

By: _____
William "Pat" Huttenbach

WPH/bd

cc:   Joshua Sandler                    *Via Email*
      Kevin Perkins                     *Via Email*
      Jacob Stephens {firm}             *Via Email*
      Montye Holmes {firm}              *Via Email*

## Pat Huttenbach

| | |
|---|---|
| **From:** | Pat Huttenbach <whuttenbach@hirschwest.com> |
| **Sent:** | Wednesday, November 16, 2016 6:52 PM |
| **To:** | Jason Vanacour |
| **Subject:** | FW: ANBT/Sethi: Letter to Jason Vanacour re various issues [IWOV-HIRSCHWEST.FID361240] |
| **Attachments:** | 2016-11-11 Letter to Jason Vanacoour re various issues.PDF |

I wanted to confirm you got the attached letter.  I do not think I have heard back from you.  I am about to file a new motion on the issues mentioned in the letter and also ask that the prior Motion to Reconsider be ruled upon by the court.  I assume you will be opposing same, and please confirm.

I also need to know if you are contesting that Mr. Sandler's representations to the court on behalf of his clients constituted an appearance or if you will make an appearance for all the Sethi Interpleader Defendants and/or if you are going to argue that my client needs to obtain formal service over all of your clients?  I just need to know your client's position so I can inform the court.

Thanks,
Pat

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Friday, November 11, 2016 6:14 PM
**To:** treypenny@anbtX.com; johndavidson@anbtx.com
**Cc:** Pat Huttenbach <whuttenbach@hirschwest.com>; Jacob M. Stephens <jstephens@hirschwest.com>; Montye B. Holmes <mholmes@hirschwest.com>; Beth Davis <bdavis@hirschwest.com>; Jennifer K. Baumann <jbaumann@hirschwest.com>
**Subject:** ANBT/Sethi: Letter to Jason Vanacoour re various issues [IWOV-HIRSCHWEST.FID361240]

## Please see attached.

William "Pat" Huttenbach |  Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com



INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

**Pat Huttenbach**

| | |
|---|---|
| **From:** | Pat Huttenbach <whuttenbach@hirschwest.com> |
| **Sent:** | Wednesday, November 23, 2016 2:11 AM |
| **To:** | 'Jason  Vanacour' |
| **Cc:** | Joseph R. Anderson |
| **Subject:** | FW: ANBT/Sethi: Letter to Jason Vanacour re various issues [IWOV-HIRSCHWEST.FID361240] |
| **Attachments:** | 2016-11-11 Letter to Jason Vanacoour re various issues.PDF |

I wanted to confirm you did not reply to my email and letter.  You sent me an email earlier in this case about speaking and trying to work out certain issues, but I cannot now get you to respond.  Can we not work out the appearance issues?  I would prefer to not file motions but I do not see any other choice.

Thanks,
Pat

William "Pat" Huttenbach | ⊠ Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713-220-9184 F. 713-223-9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Wednesday, November 16, 2016 6:52 PM
**To:** Jason Vanacour <jvanacour@vanacourperkins.com>
**Subject:** FW: ANBT/Sethi: Letter to Jason Vanacour re various issues [IWOV-HIRSCHWEST.FID361240]

I wanted to confirm you got the attached letter.  I do not think I have heard back from you.  I am about to file a new motion on the issues mentioned in the letter and also ask that the prior Motion to Reconsider be ruled upon by the court.  I assume you will be opposing same, and please confirm.

I also need to know if you are contesting that Mr. Sandler's representations to the court on behalf of his clients constituted an appearance or if you will make an appearance for all the Sethi Interpleader Defendants and/or if you are going to argue that my client needs to obtain formal service over all of your clients?  I just need to know your client's position so I can inform the court.

Thanks,
Pat

William "Pat" Huttenbach | ⊠ Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713-220-9184 F. 713-223-9319
phuttenbach@hirschwest.com
hirschwest.com


EXHIBIT
D-9

1

**From:** Pat Huttenbach
**Sent:** Friday, November 11, 2016 6:14 PM
**To:** treypenny@anbtX.com; johndavidson@anbtx.com
**Cc:** Pat Huttenbach <whuttenbach@hirschwest.com>; Jacob M. Stephens <jstephens@hirschwest.com>; Montye B. Holmes <mholmes@hirschwest.com>; Beth Davis <bdavis@hirschwest.com>; Jennifer K. Baumann <jbaumann@hirschwest.com>
**Subject:** ANBT/Sethi: Letter to Jason Vanacoour re various issues [IWOV-HIRSCHWEST.FID361240]

Please see attached.

William "Pat" Huttenbach | 🖼 | Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713.220.9184 F. 713.223.9319
phuttenbach@hirschwest.com
hirschwest.com

*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. This written advice is not intended or written to be used, and it cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch & Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicious content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered received if confirmed by a return receipt.

*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*

**Pat Huttenbach**

| | |
|---|---|
| **From:** | Jason  Vanacour <jvanacour@vanacourperkins.com> |
| **Sent:** | Wednesday, November 23, 2016 8:48 AM |
| **To:** | Pat Huttenbach |
| **Cc:** | Joseph R. Anderson; Kevin Perkins |
| **Subject:** | Re: ANBT/Sethi: Letter to Jason Vanacour re various issues [IWOV-HIRSCHWEST.FID361240] |

Pat,

We did not respond again to the same questions and allegations you made in your subsequent letters and emails as our position has not changed. Further, you have presented no law, as we requested, that my client cannot change its position on what was never an agreed motion by all parties. The motion is an indirect attempt to try and  relieve your client of what we believe were improper actions and your attempt to strong arm my client by continued threats is unproductive to say the least. On that note, there is a second mediation scheduled for December 14, 2016 and this issue can be addressed after the mediation to save parties the potential time and money of motions being filed.

As for representing all parties, that too can be addressed after the mediation.

Thank you,
Jason

Jason Vanacour
From my iPhone.

On Nov 23, 2016, at 2:10 AM, Pat Huttenbach <whuttenbach@hirschwest.com> wrote:

> I wanted to confirm you did not reply to my email and letter.  You sent me an email earlier in this case about speaking and trying to work out certain issues, but I cannot now get you to respond.  Can we not work out the appearance issues?  I would prefer to not file motions but I do not see any other choice.
>
> Thanks,
> Pat
>
> William "Pat" Huttenbach | | Bio | vCard
> HIRSCH & WESTHEIMER
> Celebrating Our 100th Year
> 1415 Louisiana, 36th Floor, Houston, Texas 77002
> T. 713 220 9184 F. 713 223 9319
> phuttenbach@hirschwest.com
> hirschwest.com



> **From:** Pat Huttenbach
> **Sent:** Wednesday, November 16, 2016 6:52 PM
> **To:** Jason Vanacour <jvanacour@vanacourperkins.com>
> **Subject:** FW: ANBT/Sethi: Letter to Jason Vanacour re various issues [IWOV-HIRSCHWEST.FID361240]

1

I wanted to confirm you got the attached letter.  I do not think I have heard back from you.  I am about to file a new motion on the issues mentioned in the letter and also ask that the prior Motion to Reconsider be ruled upon by the court.  I assume you will be opposing same, and please confirm.

I also need to know if you are contesting that Mr. Sandler's representations to the court on behalf of his clients constituted an appearance or if you will make an appearance for all the Sethi Interpleader Defendants and/or if you are going to argue that my client needs to obtain formal service over all of your clients?  I just need to know your client's position so I can inform the court.

Thanks,
Pat

William "Pat" Huttenbach | [icon] Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220-9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

**From:** Pat Huttenbach
**Sent:** Friday, November 11, 2016 6:14 PM
**To:** treypenny@anbtX.com; johndavidson@anbtx.com
**Cc:** Pat Huttenbach <whuttenbach@hirschwest.com>; Jacob M. Stephens <jstephens@hirschwest.com>; Montye B. Holmes <mholmes@hirschwest.com>; Beth Davis <bdavis@hirschwest.com>; Jennifer K. Baumann <jbaumann@hirschwest.com>
**Subject:** ANBT/Sethi: Letter to Jason Vanacoour re various issues [IWOV-HIRSCHWEST.FID361240]

Please see attached.

William "Pat" Huttenbach | [icon] Bio | vCard
HIRSCH & WESTHEIMER
Celebrating Our 100th Year
1415 Louisiana, 36th Floor, Houston, Texas 77002
T. 713 220 9184 F. 713 223 9319
phuttenbach@hirschwest.com
hirschwest.com

INTERNET CONFIDENTIALITY NOTICE:

This communication and any accompanying documents are confidential information that is legally privileged and intended only for the use of the person to whom it is addressed. If the reader of this message is not the named recipient or an employee or agent responsible for delivering this message to the named recipient, please notify us immediately that you have received the message in error. Then delete this message and any accompanying documents without copying or reading them. You are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and Hirsch & Westheimer, P.C. bears no responsibility for any loss or damage arising in any way from its use.

Treasury Circular 230 Disclosure- This disclosure is provided to comply with Treasury Circular 230. Th written advice is not intended or written to be used, and it cannot be used, by any person for the purpose avoiding tax penalties that may be imposed on the person. No limitation has been imposed by Hirsch Westheimer, P.C. on disclosure of the tax treatment or the tax structure of the transaction.

Hirsch & Westheimer, P.C. automatically blocks e-mails containing objectionable language or suspicio content.  Therefore, messages sent to an e-mail address at hirschwest.com may only be considered receiv if confirmed by a return receipt.

<2016-11-11 Letter to Jason Vanacoour re various issues.PDF>