

# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Sethi Prejudgment Interest Calculation

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $4,028,264.81 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $30,129.21 | $4,058,394.02 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $30,688.13 | $4,089,082.15 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $30,920.18 | $4,120,002.33 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $30,731.16 | $4,150,733.49 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $41,280.52 | $4,192,014.01 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $42,149.21 | $4,234,163.22 |
| 10/01/2016-12/31/2016 | 4% | 1.01% | $42,573.01 | $4,276,736.23 |
| 01/01/2017-02/28/2017 | 4% | 0.65% | $27,652.32 | $4,304,388.55 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| **04/01/2015-02/28/2017** | | | **$276,123.74** | **$4,304,388.55** |

EXHIBIT A