# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § |
| v. | § Civil Action No. 4:15-CV-00338 § Judge Mazzant § |
| SETHI PETROLEUM, LLC; SAMEER P. SETHI | § § § |

## FINAL JUDGMENT

The Court has considered Plaintiff Securities and Exchange Commission's Motion to Enter Final Judgment as to Defendant Sameer P. Sethi.

### I.

**IT IS THEREFORE ORDERED** that Defendant Sameer P. Sethi is **PERMANENTLY RESTRAINED AND ENJOINED** from violation of Sections 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 and ("Exchange Act") [15 U.S.C. §78j(b)] and Rule 10b-5 thereunder [17 C.F.R. §240.10b-5-5].

### II.

**IT IS FURTHER ORDERED** that Defendant Sameer P. Sethi, his agents, servants, employees, attorneys, and all persons in active concert or participation with him, are **PERMANENTLY RESTRAINED AND ENJOINED** from directly or indirectly soliciting investors to purchase or sell securities, provided that such injunction does not prevent Sameer P. Sethi from purchasing securities listed on a national securities exchange for his own personal accounts.

III.

**IT IS FURTHER ORDERED** that the Receiver include in its final report for the receivership estate an amount distributed to investors. At that time, Sameer P. Sethi's obligation to pay $4,028,264.81, less any amounts returned to investors, will accrue.

IV.

**IT IS FURTHER ORDERED** that Sameer P. Sethi pay a civil penalty of $160,000.

V.

**IT IS FURTHER ORDERED** that Sameer P. Sethi pay $348,542.59 in prejudgment interest, calculated from March 9, 2015, until August 9, 2017, the date of final judgment.

**SIGNED this 9th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE