

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 4:15-CV-00338-ALM |
| SETHI PETROLEUM, LLC and SAMEER P. SETHI, | § § § | |
| Defendants | § § § | |

### DEFENDANT'S MOTION TO RETRIEVE PRIVATE PROPERTY AND EFFECTS FROM THE COURT APPOINTED RECEIVER

In light of the current disposition of this case, Defendant, Sameer P. Sethi, requests that his personal property held by the Court appointed Receiver, to include photographs, memorabilia, plaques, photographs, academic records, certificates, diplomas, contact lists, rolodex files, letters, personal records and paperwork, be returned to him as soon as practicable.

DATED: January 23, 2018

Respectfully submitted,

Sameer P. Sethi

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail [ or, delivered in person ] to each attorney/party of record on this date : January 23, 2018.

_____
Signature of Party