# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § § | CASE NO. 4:15-CV-338 Judge Mazzant |
| SETHI PETROLEUM, LLC and SAMEER P. SETHI | § § § | |

## MEMORANDUM OPINION

Pending before the Court is Defendant's pro se Motion to Retrieve Private Property and Effects from the Court Appointed Receiver (Dkt. #272). The Court, having considered the relevant pleadings, finds that Defendant's motion should be denied.

On January 23, 2018, Defendant Sameer P Sethi filed a motion for return of his property (Dkt. #272). On February 13, 2018, the SEC filed a response (Dkt. #273).

Defendant's one paragraph request provides no details other than a general request for return of items seized by the Receiver. The Court finds that this request is premature. Defendant should also meet and confer with the Receiver regarding this issue.

It is therefore **ORDERED** that Defendant's pro se Motion to Retrieve Private Property and Effects from the Court Appointed Receiver (Dkt. #272) is hereby **DENIED** at this time.

**SIGNED this 27th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE