UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:15-cv-338 <br> Judge Mazzant |
| SETHI PETROLEUM, LLC and SAMEER P. SETHI, | § § § § | |
| Defendants. | § § | |

### ORDER GRANTING RENEWED INTERIM FEE APPLICATION OF FOLEY & LARDNER LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES

This matter came on for consideration of that certain *Renewed Interim Fee Application of Foley & Lardner LLP for Allowance of Fees and Reimbursement of Expenses* (the "**Application**") filed by Marcus A. Helt, the Court-appointed Receiver (the "**Receiver**") for Sethi Petroleum, LLC's and Sameer P. Sethi's (collectively the "**Defendants**") receivership estates (together, the "**Receivership Estate**"),[1] requesting approval and authorization of fees and expenses incurred by Counsel[2] during the Application Period. Upon consideration of the Application, the Court finds that Counsel has provided reasonable services at a reasonable rate that have benefitted the Receivership Estate; the Court finds that the relief requested in the Application is in the best interests of the Receivership Estate and all parties-in-interest thereof; the Court finds that proper and adequate notice of the Application has been given and that no

---

[1] The Receivership Estate includes all entities identified in the *Order Granting the Receiver's Motion to Confirm Receivership Assets/Entities* [Docket No. 40].

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

other or further notice is necessary; the Court finds that the deadline for filing objections to the Application has expired; and, there having been no objections filed to the Application.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED** to the extent set forth in this Order.

2. Counsel's Expense Reimbursements are approved and allowed, on an interim basis, in the amount of **$26,736.87**.

3. Counsel's Interim Fees are approved and allowed, on an interim basis, in the amount of **$673,263.13**.

4. The Receiver is hereby authorized and directed to pay from available funds of the Receivership Estate: first, the Expense Reimbursements; and second, the Interim Fees.

5. Counsel shall be authorized to seek approval of any remaining, additional unpaid fees and expenses incurred at a final hearing to consider Counsel's request for compensation and expense reimbursement in this case.

**IT IS SO ORDERED.**

**SIGNED this 28th day of June, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE